**Exhibit A.1 Law of the Case**

## LAW OF THE CASE

1. The law of the case is decreed as follows:

2. The State of New Mexico is a corporation operated by the New Mexico state. "The government, by becoming a corporator, lays down its sovereignty so far as respects the transactions of the corporation, and exercises no power or privilege which is not derived from the charter. " *Bank of United States v. Planters' Bank of Georgia,* 22 U.S. 9 Wheat. 904 904 (1824) The inferior court is a subdivision of said corporation.

3. The United States of America was established as a union of republican states in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. *In re Duncan,* 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; *Minor v. Happersett,* 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626

4. New Mexico state was established as a republic.

5. The law provides that once State and Federal Jurisdiction has been challenged, it must be proven. *Main v. Thiboutot,* 100 S. Ct. 2502 (1980).

6. Jurisdiction can be challenged at any time and once challenged, cannot be assumed and must be decided. *Basso v. Utah Power & Light Co.,* 495 F 2d 906, 910.

7. "...there is, as well, no discretion to ignore that lack of jurisdiction." *Joyce v. US,* 474 F2d 215.

8. "A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking." Bradbury v. Dennis, 310 F.2d 73 (10th Cir. 1962)

9. The burden shifts to the court to prove jurisdiction. *Rosemond v. Lambert,* 469 F2d 416.

10. ...if the issue is presented in any way the burden of proving jurisdiction rests upon him who invokes it. *Latana v. Hopper,* 102 F. 2d 188;

11. "When it clearly appears that the court lacks jurisdiction, the court has no authority to reach the merits. In such a situation the action should be dismissed for want of jurisdiction." *Melo v. United States, 505 F. 2d 1026*

12. Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted. *Latana v. Hopper,* 102 F. 2d 188; *Chicago v. New York,* 37 F Supp. 150.

13. "No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril." *Middleton v. Low* (1866), 30 C. 596, citing *Prosser v. Secor* (1849), 5 Barb.(N.Y) 607, 608.

# Exhibit A.2 Law of the Case

14. "Where a court has jurisdiction, it has a right to decide any question which occurs in the cause, and whether its decision be correct or otherwise, its judgments, until reversed, are regarded as binding in every other court. But if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers." *Elliott v Peirsol*, 1 Pet. 328, 340, 26 U.S. 328, 340, 7L.Ed. 164 (1828)

15. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon v. Dillon*, 187 P 27.

16. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." *Rescue Army v. Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

17. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

18. The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L. Ed. 826, 19 Ann. Cas. 1047.]

19. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

20. A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected. 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

21. Where rights secured by the Constitution are involved, there can be no rule making or legislation which could abrogate them. [Miranda v. Arizona, 384 US 436, 491]

22. The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice. [Davis v. Wechsler, 263 US 22, 24.]

23. Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S.

**Exhibit A.3 Law of the Case**

449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

24. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Constitution for the United States of America, Article VI, Clause 2.

25. **Conspiracy against rights:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 241]

26. **Deprivation of rights under color of law:** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 242]

27. COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

28. COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its

**Exhibit A.4 Law of the Case**

powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

29. COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

    **A.** A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

    **B.** Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

    **C.** Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

    **D.** Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

    **E.** Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

30. Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court. (Magna Carta, Article 34).

31. The people of this state do not waive their sovereignty to the agencies which serve them.

32. If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

33. The singular includes the plural and the plural the singular.

34. The present tense includes the past and future tenses; and the future the present, and the past the present.

35. The masculine gender includes the feminine and neuter.

**Exhibit A.5 Law of the Case**

36. "For a crime to exist there must be an injured party. There can be no sanction or penalty imposed upon one because of his exercise of his constitutional rights."

    **Sherar v. Cullen, 486 F. 945**

37. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946.

38. "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof;...shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or laws of any State to the Contrary notwithstanding."

39. "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution..."

40. People are not persons and excluded from status that employ the term person or persons.

41. TABLE OF AUTHORITIES – PERSON

    "This word 'person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use ... A person is here not a physical or individual person, but the status or condition with which he is invested ... not an individual or physical person, but the status, condition or character borne by physical persons ... The law of persons is the law of status or condition." -- American Law and Procedure, Vol 13, page 137, 1910.

    The following case citation declares the undisputed distinction in fact and at law of the distinction between the term "persons," which is the plural form of the term "person," and the word "People" which is NOT the plural form of the term "person." The above-mentioned "real party in interest" is NOT a subordinate "person," "subject," or "agent," but is a "constituent," in whom sovereignty abides, a member of the "Posterity of We, the People," in whom sovereignty resides, and from whom the government has emanated:

    "The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." (Persons are not People). --Spooner v. McConnell, 22 F 939, 943:

**Exhibit A.6 Law of the Case**

> "Our government is founded upon compact. Sovereignty was, and is, in the people"
> --Glass v. Sloop Betsey, supreme Court, 1794.

> "The United States, as a whole, emanates from the people ... The people, in their capacity as sovereigns, made and adopted the Constitution ..." --supreme Court, 4 Wheat 402.

42. "While sovereign powers are delegated to ... the government, sovereignty itself remains with the people" -- Yick Wo v. Hopkins, 118 U.S. 356, page 370.

43. The Definition of Contempt of Constitution is as follows: Contempt of Constitution is a Sovereign Crime, Committed Against the Sovereign Person(s) whom such Constitution Represents, whether such Sovereignty be a Monarchy, an Oligarchy, or a Republican Form of Government in its direct representation of the People thereof itself, being ultimately therefore the Very People themselves. For Purposes of Contempt of Constitution as is applicable to the proposed Constitution for the United States [of America], Contempt of Constitution is the Sovereign Crime Committed against the Sovereign People of the Several States of the United States, by their existence as within a Republic, State by State, of the Several States thereof, for whom such Constitution was First Ratified, September 17, 1787, first or ratifying Session only. The Classification of Degrees and Types of Contempt of Constitution and like Crimes set forth hereby is:

**I. GENERAL CONTEMPT.** Where Contempt has been Committed or Asserted, but may have been done Ignorantly or Unknowingly. (Not a Defense). This includes Attempted Contempt.

**II. MALICIOUS CONTEMPT.** Where General Contempt has been Repeated, so that Ignorance of the Law is Clearly In No Sense An Excuse or Defense, or Contempt Deliberately Committed with Afore-Knowledge, or where the Results of the Contempt is Severe Against One or More Persons Victimized by it so that a Distinct Harm has Befallen or Inevitably Will Befall such Person(s);

**III. TYRANNICAL MALICIOUS CONTEMPT.** Contempt so strong that it is apparent that the Author(s) of Tyranny Work(s) acts of Malicious Contempt, on a similar or dissimilar basis, in an effort, no matter how small, to gain a Destructive Power over any person within the proposed United States or its the Territory, or where a Corrupt Use, or Active Taking-Part-In such Use, of Power, whether or not, by any manner delegated, whereby such Power may be used Maliciously toward any Citizen or any Person coming or being under the Protection of the United States Constitution as the same was meant to truthfully apply to the People of the Several States, and of the Territory, and its *such* District thereof.

**IV. NOBLE CONTEMPT.** (1) Noble Contempt of Constitution occurs when a person or business is recognized and/or treated differently, either greater or lesser, under any Operation of Law not in Pursuance to the Constitution, than it is recognized for other

**Exhibit A.7 Law of the Case**

common or ordinary citizens, as well as for businesses. Noble Contempt also exists wherein private citizens or business are elevated in status above other common citizens or business by either what they are provided as rights to be entitled above other Citizens of equal merit to do, or by where they are regarded by some sense of fame already in existence as to being given advantage(s) that other ordinary or common citizens or other businesses under the same circumstances would not be provided – Noble Contempt also includes Noble Contempt by Denobilization, which Denobilization is an Act of Subjecting an Individual or even a Specific Populace to a Condition of Degradation or Reduction in Status or Importance under the Law, whether by Statute or by Common Law (Practice By "Policy" is a Violation of the Constitution), in Favor of Not Reducing All Citizens to be Affected thereby Equally, or Else Not Reducing Such Citizens At All. This Jurisdictional Charge and all Penalties that may arise hereunder Applies to Both

Citizens and Non-Citizens of the United States.

(2) Noble Contempt is also Recognized as a Violation of the Constitution's Article I, Section 9, Clause 8 for Officials of the United States central government, and/or Article I, Section 10, Clause 1 for the governments of the Several States, or of either of them, as the same prohibit such governments to issue or recognize Titles of Nobility, and Extends to the British Titles of "Knight," "Gentleman," or the Title of "Esquire," which in British hierarchy comes between Knight and Gentleman, and includes an official Title of Lady, as in First Lady, not being an Lawful Office of the United States central government, or of the Several States, either of them.

**V.** NOBLE MALICIOUS CONTEMPT is the establishment of Noble Contempt where the Party or Parties involved in such Contemptuous Activity Refuse to Vacate such Contempt and such Contempt can be shown to work a Hardship or Deprivation of the Common Rights upon any other United States Citizen. This Jurisdictional Charge, and all penalties hereunder, applies to both Citizens and Non-Citizens of the United States.

**VI.** NOBLE TYRANNICAL MALICIOUS CONTEMPT is the establishment of Noble Contempt on a harsh and repetitive basis where the Party or Parties involved in such Contemptuous Activity effectuate such Contempt to the degree that it represents a Blatant Disregard for Basic Human Rights, Rights Embraced by the proposed Constitution, where Gross Insensitivity toward the undue suffering of any United States Citizen, which includes any person residing or having domicile in any of the several States, is the result, and it is reasonably believed that such party or parties knew of the UnConstitution[ality] of their acts, but proceeded with obvious contempt to continue them at any cost, or where there exists a corrupt use of power in conjunction with such Noble Contempt, whether or not, by any manner, Delegated, that may be used Maliciously as toward any Citizen of, or any Person under the Protection of, the United States central government, or its – the Territory, when Fully Constrained under the Tests at Article I, Section 8, Clause 18, under Article III, Section 2, Clause 3, and under Article I, Section 8, Clause 15, or under the protection of a State's government when not so Constrained by any of the foregoing. Furthermore, Noble Tyrannical Malicious Contempt may be Recognized as having been Committed in any event where the

**Exhibit A.8 Law of the Case**

Wanton Disregard for the Rights, Safety and Secureness of the Common People, whether or not the same shall be considered Sovereign, is Enacted, as Represented by the scientific formula written as "$\Sigma (\#1) = F\infty$ (TOTAL HUMANITY)," putting either all or a great portion of humanity at risk of Life and/or Liberty, for the benefit of One, or else an unlawful few, which may be representatively defined in analogical format, put in antiquated-like, but clearly expressive terms as, "**The Sum of Me is Equal to *All of Thee*,**" expressed again, further as "$\Sigma (\#1) = \& > F\infty$" or "**The Sum of Me is Equal to and Greater than *All of Thee*.**" This Jurisdictional Charge and all Penalties that arise hereunder, if any, applies to both Citizens and Non-Citizens of the United States, or either of them, alike.

44. WHEREAS A 'Statute' is not a "Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248), nor is 'Code' "Law" (In Re Self v Rhay, 61 Wn 2d 261), in point of fact in Law, a concurrent or 'joint resolution' of legislature is not "Law," (Koenig v. Flynn, 258 N.Y. 292, 179 N.E. 705, 707; Ward v. State, 176 Okl. 368, 56 P.2d 136, 137; State ex rel. Todd v. Yelle, 7 Wash.2d 443, 110 P.2d 162, 165), as "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..." (Rodriques v. Ray Donavan, U.S. Department of Labor, 769 F. 2d 1344, 1348 (1985)); lacking Due process in that they are void for ambiguity in their failure to specify their applicability to 'natural persons,' depriving the same of fair notice, identifying only corporate persons rather, officers, agents, representatives, subdivisions, and property of government. "The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are "not the law." (Self v. Rhay, 61 Wn 2d 261)

45. The Supreme Court of the United States of America has determined, **"All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..."** Rodriques v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).

46. "Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself." Mugler v. Kansas 123 U.S. 623, 659-60.

47. "Statutes that violate the plain and obvious principles of common right and common reason are null and void." Bennett v. Boggs, 1 Baldw 60.

48. "The Claim and exercise of a Constitutional Right cannot be converted into a crime."- Miller v. U.S. , 230 F 2d 486. 489

    "If the state converts a liberty into a privilege the citizen can engage in the right with impunity" Shuttlesworth v Birmingham , 373 USs 262

# Exhibit A.9 Law of the Case

49. "The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common right which he has under the right to life, liberty, and the pursuit of happiness."- Thompson v Smith, 154 SE 579

50. "Undoubtedly the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the 14th Amendment and by other provisions of the Constitution." - Schactman v Dulles, 96 App D.C. 287, 293.

51. It is settled that the streets of a city belong to the people of a state and the use thereof is an inalienable right of every citizen of the state. Whyte v. City of Sacramento, 65 Cal. App. 534, 547, 224 Pac. 1008, 1013 (1924); Escobedo v. State Dept. of Motor Vehicles (1950), 222 Pac. 2d 1, 5, 35 Cal.2d 870 (1950).

52. This right of the people to the use of the public streets of a city is so well established and so universally recognized in this country, that it has become a part of the alphabet of fundamental rights of the citizen. Swift v. City of Topeka, 23 Pac. 1075,1076, 43 Kansas 671, 674.

53. Every citizen has an inalienable right to make use of the public highways of the state; every citizen has full freedom to travel from place to place in the enjoyment of life and liberty. People v Nothaus, 363 P.2d 180, 182 (Colo.-1961).

54. Case law shows that the "liberty" protected by the Fourteenth Amendment extends beyond freedom from bodily restraint and includes a much wider range of human activity, including but not limited to the opportunity to make a wide range of personal decisions concerning one's life, family, and private pursuits. See Meyer v, 262 US 390, 399; 43 SCt 625, 626; 67 L Ed 1043 (1923), and Roe v Wade, 410 US 113, 152-153; 93 S Ct 705, 726-727; 35 L Ed 2d 147 (1973). One of these life, family, private pursuits is obviously driving.

55. "The right to travel is part of the Liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment." Kent v. Dulles 357 U.S. 116, 125. Reaffirmed in Zemel v. Rusk 33 US 1.

56. "The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common right which he has under the right to life, liberty, and the pursuit of happiness."- Thompson v Smith, 154 SE 579.

57. "License: In the law of contracts, is a permission, accorded by a competent authority, conferring the right to do some act which without such authorization would be illegal, or would be a trespass or tort." Blacks Law Dictionary, 2nd Ed. (1910).

# Exhibit A.10 Law of the Case

58. "Where an individual is detained, without a warrant and without having committed a crime (traffic infractions are not crimes), the detention is a false arrest and false imprisonment."
Damages Awarded: Trezevant v. City of Tampa, 241 F2d. 336 (11th CIR 1984)

59. "The license means to confer on a person the right to do something which otherwise he would not have the right to do." City of Louisville v. Sebree, 214 S.W. 2D 248; 308 Ky. 420.

60. "The object of a license is to confer a right or power which does not exist without it." Payne v. Massey, 196 S.W. 2D 493; 145 Tex. 273; Shuman v. City of Ft. Wayne, 127 Indiana 109; 26 NE 560, 561 (1891); 194 So 569 (1940).

61. "A license is a mere permit to do something that without it would be unlawful." Littleton v. Buress, 82 P. 864, 866; 14 Wyo.173.

62. "It is clear that a license relates to qualifications to engage in profession, business, trade or calling; thus when merely traveling without compensation or profit, outside of business enterprise or adventure with the corporate state, no license is required of the natural individual traveling for personal business, pleasure and transportation." Wingfield v. Fielder (1972) 29 CA3d 213.

63. "...those things which are considered as inalienable rights which all citizens possess cannot be licensed since those acts are not held to be a privilege." City of Chicago v. Collins, 51 N.E. 907, 910

64. "An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

65. Public ways, as applied to ways by land, are usually termed "highways" or "public roads," are such ways as every citizen has a right to use. Kripp v. Curtis, 11 P. 879; 71 Cal. 62

66. 18 USC 1621 - Whoever—

   (1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

   (2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;

**Exhibit A.11 Law of the Case**

    is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

67. 18 USC 2384 - **Seditious Conspiracy.** If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

68. 18 USC 2381 – **Treason.** Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

69. "the judge of the municipal court is acting as an administrative officer, and not in a judicial capacity." (Thompson v Smith. 155 Va. 376. 154 SE 579, 71 ALR 604 (1930)).

70. 18 USC 111 - (a)In General.—

    Whoever— (1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in <u>section 1114 of this title</u> while engaged in or on account of the performance of official duties; or

    (2) forcibly assaults or intimidates any person who formerly served as a person designated in section 1114 on account of the performance of official duties during such person's term of service, shall, where the acts in violation of this section constitute only simple assault, be fined under this title or imprisoned not more than one year, or both, and where such acts involve physical contact with the victim of that assault or the intent to commit another felony, be fined under this title or imprisoned not more than 8 years, or both.

    (b)Enhanced Penalty.—

    Whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years, or both.

71. The Constitution for the United States of America including the Articles of Amendment.

72. Continental Marshals are Marshals in the direct service of the people of the United States of America. U.S. Marshals are marshals in the employment of the United States Corporation formed in 1871.

**Exhibit A.12 Law of the Case**

73. 2011 New Mexico Statutes Chapter 30

74. 18 U.S. Code § 2331 – Definitions As used in this chapter—

    (1) the term "international terrorism" means activities that—

    (A) involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;
    (B) appear to be intended—
    (i) to intimidate or coerce a civilian population;
    (ii) to influence the policy of a government by intimidation or coercion; or
    (iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and
    (C) occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum;
    (2) the term "national of the United States" has the meaning given such term in section 101(a)(22) of the Immigration and Nationality Act;

75. The term "national of the United States" means a person who, though not a citizen of the United States, owes permanent allegiance to the United States of America.

76. "They conferred, as against the Government, the right to be let alone -- the most comprehensive of rights, and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use, as evidence " Olmstead v. U.S., 277 US 438,478, (1928)

EXHIBIT B1

**Common Law Court of Record**
**We the People**

January 19 2017

On the Land
We the People

| | | |
|---|---|---|
| Andrew William of the family Pankotai | § | **ORDER FOR ESTOPPEL OF EXTRADITION** |
| | § | **and** |
| v | | **ORDER FOR IMMEDIATE RELEASE** |
| | § | |
| VALENCIA COUNTY STATE OF NEW MEXICO | § | **Claim No. RE445621155US1-awp-1** |

---

## ORDER

---

We the People

**WHERE AS** the People are the fourth branch of the dejure government;

**WHERE AS** President Donald J Trump stated in his inaugural speech that the government is returned to the People. The People are not run by the government. The People give orders to the government. The President in his Proclamation 9570 of January 20, 2017, 'National Day of Patriotic Devotion', stated that the Proclamation was written "in order to strengthen our bonds to each other and to our country—and to renew the duties of Government to the people."

**WHERE AS** Andrew William of the family: Pankotai is not a U.S. Citizen and may not be held under its statutes and codes;

**WHERE AS** the People do not accept, do not consent and do not contract to having one of their own being held in Valencia Adult Detention Center.

**WHERE AS** the government in New Mexico is run by the People.

**WHERE AS** Valencia County Court nor any New Mexico court has jurisdiction over One of the People, specifically Andrew William.

**WHERE AS** Andrew William is One of the People. The People are the only ones that can try him before a jury of his peers. That is a jury of the People in a court of record.

**WHERE AS** THIRTEENTH JUDICIAL DISTRICT is a private corporation with DUNS number: 783774677. As such, the agents of said corporation cannot extradite Andrew William. Agent Magistrates, Sanchez and Garcia have no jurisdiction or authority over Andrew William and cannot just 'declare' that they do.

**WHEREAS** Authority cannot be decided by an officer just by his decision. That officer decides at his own peril. Middleton v. Low (1866), 30 C. 596, citing Prosser v. Secor (1849), 5 Barb.(N.Y) 607, 608. No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril. [Emphasis Mine]
and
Valley v. Northern Fire and Marine Ins. Co., 254 U.S. 348, 41 S. Ct. 116 (1920). See also Old Wayne Mut. I. Assoc. v. McDonough, 204 U.S. 8, 27 S.Ct. 236 (1907); Williamson v. Berry, 8 How. 495, 540, 12 L. Ed, 1170, 1189, (1850); Rose v. Himely, 4 Cranch 241, 269, 2 L.Ed. 608, 617 (1808)

**IT IS ORDERED** Andrew William of the family: Pankotai is One of the People and NOT Pankotai, Andrew William, Andrew Pankotai, and Andrew W. Pankota who the bench warrants are written for. There is a clear case of mistaken identity in this matter.

**IT IS ORDERED** Andrew William of the family: Pankotai is to be released to one of the Continental united States Marshals immediately.

**FINALLY IT IS ORDERED, ADJUDGED, and DECREED** that any further rogue interference with this court of record's Orders by any officer of your court, including but not limited to Magistrates, your corporate attorney, court administrator or any other clerk, will be a contempt of this court of record and perpetrators will be held in contempt, without motion or hearing.

Filed with a Common Law Clerk this Nineteenth day, First month, Two-Thousand and Seventeenth of the Julian Calendar.

Signatures on following page.

Exhibit B3

The Court

 

By Michaelene Jo
**Continental united States Superior Court Judge
of the Common Law**

Exhibit C

# LIST OF THE PUBLIC ACTS OF CONGRESS.    xvii
Page

*Lands in Illinois.* An act to amend an act entitled "An act to confirm title to certain lands in Illinois." February 18, 1871, ch. 58.................................................................... 416

*Dubuque, Iowa.* An act relinquishing to the city of Dubuque, Iowa, whatever title may remain in the United States to a certain lot of ground in Dubuque. February 18, 1871, ch. 59.. 416

*Consular and Diplomatic Expenses Appropriation.* An act making appropriations for the consular and diplomatic expenses of the government for the year ending June thirty, eighteen hundred and seventy-two, and for other purposes. February 21, 1871, ch. 61................ 417

*District of Columbia.* An act to provide a government for the District of Columbia. February 21, 1871, ch. 62........................................................................ 419

*Courts of the United States at Erie, Pa.* An act to change the times for holding the district and circuit courts of the United States at Erie, Pennsylvania. February 21, 1871, ch. 63..... 429

*Colorado.* An act to provide for the apportionment of the members of the legislative assembly of the Territory of Colorado. February 21, 1871, ch. 64.................................... 429

*Wyoming.* An act to repeal an act of the legislature of Wyoming Territory apportioning said Territory for members of the council and house of representatives of the territorial legislature. February 21, 1871, ch. 65.................................................. 429

*Union Pacific Railroad Company.* An act to authorize the Union Pacific Railroad Company to issue its bonds to construct a bridge across the Missouri river at Omaha, Nebraska, and Council Bluffs, Iowa. February 24, 1871, ch. 67.................................... 430

*Military Reservations.* An act to provide for the disposition of useless military reservations. February 24, 1871, ch. 68.......................................................... 430

*Acts and Resolutions of Congress.* An act prescribing the form of the enacting and resolving clauses of acts and resolutions of Congress, and rules for the construction thereof. February 25, 1871, ch. 71................................................................ 431

*Department of Justice.* An act supplementary to an act to establish the Department of Justice. February 25, 1871, ch. 72................................................................ 432

*J. H. Schnell.* An act to enable J. H. Schnell, of California, to enter and pay for a section of public land in California for his tea colony. February 27, 1871, ch. 73.................. 432

*Worthington National Bank.* An act to authorize [the] Worthington National Bank of Cooperstown, New York, to change its name and location. February 27, 1871, ch. 74.......... 432

*Civil Rights.* An act to amend an act approved May thirty-one, eighteen hundred and seventy, entitled "An act to enforce the rights of citizens of the United States to vote in the several States of this Union, and for other purposes." February 28, 1871, ch. 99............... 433

*Passenger Steamers, Inspection of Steamers, &c.* An act to provide for the better security of life on board of vessels propelled in whole or in part by steam, and for other purposes. February 28, 1871, ch. 100........................................................... 440

*Post-Roads.* An act to establish certain post-roads. February 28, 1871, ch. 101.............. 460

*E. A. Franks.* An act ceding certain land in the village of Mackinaw, Michigan, to E. A. Franks. March 2, 1871, ch. 102...................................................... 470

*International Art Exhibition at Philadelphia.* An act to provide for celebrating the one hundredth anniversary of American independence, by holding an international exhibition of arts, manufactures and products of the soil and mine, in the city of Philadelphia and State of Pennsylvania, in the year eighteen hundred and seventy-six. March 3, 1871, ch. 105.... 470

*United States Courts in Arkansas.* An act authorizing terms of the United States district courts to be held at Helena, Arkansas, and for other purposes. March 3, 1871, ch. 106............ 471

*Washington Territory.* An act to create a new land district in the Territory of Washington. March 3, 1871, ch. 107............................................................... 472

*United States Courts in Indiana.* An act to amend an act entitled "An act to require the holding of additional district and circuit courts of the United States in the district of Indiana, and for other purposes," approved June thirty, eighteen hundred and seventy, and for other purposes. March 3, 1871, ch. 108...................................................... 473

*Southern Railroad Corporations.* An act to provide for the collection of debts due from Southern railroad corporations, and for other purposes. March 3, 1871, ch. 109................. 473

*Bridge over the Mississippi and Missouri Rivers.* An act to authorize the construction of a bridge over the Mississippi river at Louisiana, Missouri, and also a bridge over the Missouri river at Glasgow, in said State. March 3, 1871, ch. 110........................................ 473

*Records of United States Courts.* An act relating to records of the courts of the United States. March 3, 1871, ch. 111.............................................................. 474

*Internal Taxes.* An act relating to internal taxes. March 3, 1871, ch. 112.................... 475

*Legislative, Executive, and Judicial Expenses Appropriations.* An act making appropriations for the legislative, executive, and judicial expenses of the government for the year ending June thirty, eighteen hundred and seventy-two. March 3, 1871, ch. 113...................... 475

*Civil Expenses Appropriation.* An act making appropriations for sundry civil expenses of the government for the fiscal year ending June thirty, eighteen hundred and seventy-two, and for other purposes. March 3, 1871, ch. 114.......................................... 495

*Deficiency Appropriation.* An act making appropriations to supply deficiencies in the appropria-