Exhibit D

# KRQE NEWS 13

## Four arrested in Valencia County after failed attempt to bust friend out of jail

By Justin Cox (http://krqe.com/author/justin-cox/)
Published: February 4, 2017, 6:52 pm | Updated: February 5, 2017, 9:05 am



Four arrested in Valencia County after failed attempt to bust friend...
http://krqe.com/2017/02/04/four-arrested-in-valencia-county-after-fa...
1 of 4
02/05/2017 01:58 PM

EXHIBIT D2

**LOS LUNAS, N.M. (KRQE)** – Four people are behind bars for trying to bust their buddy out of the Valencia County Detention Center.

New Mexico State Police say Dixie Pankotai, Dylan Stamper, Christie Townsend and Randall Townsend were trying to get Andrew Pankotai out of jail, who was arrested for a warrant out of Pennsylvania.

According to the criminal complaints, the four faxed documents claiming he was behind bars illegally and U.S. Marshals were coming to pick him up.

U.S. Marshals and New Mexico State Police responded but didn't immediately stop them, instead they waited until the four showed up at the jail and arrested them.

They're facing charges for bringing weapons onto jail property.

## Related Posts



No-bond amendment gives judges power to hold suspects behind bars (http://krqe.com/2017/01/20/no-bond-amendment-gives-judges-power-to-hold-suspects-behind-bars/)



Judge lowered bond for woman accused of attacking deputy prior to fatal crash (http://krqe.com/2017/01/24/judge-lowered-bond-for-woman-accused-of-attacking-deputy-prior-to-fatal-crash/)



Bill would make hazing at New Mexico schools a crime (http://krqe.com/2017/01/24/bill-would-make-hazing-at-new-mexico-schools-a-crime/)



Police: Man recently released from jail steals bait car (http://krqe.com/2017/01/31/police-man-recently-released-from-jail-steals-bait-car/)

EXHIBIT 3

## Leave a Reply

[https://gravatar.com/site/signup/](https://gravatar.com/site/signup/) Email (required)

(Address never made public)

Name (required)

Website

☐ Notify me of new comments via email.
☐ Notify me of new posts via email.

Post Comment



**Texas State Library and Archives Commission**

Sam Houston
Regional Library
and Research Center

P.O. Box 310
Liberty, Texas
77575-0310

936-336-8821

www.tsl.state.tx.us

Commission Chairman
Sandra J. Pickett

Members
Chris V. Brisack
Diana Rae Hester Cox
Martha Doty Freeman
Cruz G. Hernandez
Sandra G. Holland
Elizabeth Sanders

Director and Librarian
Peggy D. Rudd

Assistant State Librarian
Edward Seidenberg

Making
information
real
for all
Texans

I do hereby certify that the following sixteen (16) pages are a true and correct photocopy of the original publication, *The Revised Code of The Laws of Virginia: Being A Collection Of All Such Acts Of The General Assembly, Of A Public And Permanent Nature, As Are Now In Force; With A General Index, Volume I*, pages 16-30, Richmond: printed by Thomas Ritchie, Printer To The Commonwealth, 1819, now archived at the Sam Houston Regional Library and Research Center of the Archives & Information Services Division, of the Texas State Library and Archives Commission.

Witness my hand and Seal of Office at Liberty, Texas on the 13th day of July 2005.

Sandra M. Burrell, Archives Processor
Sam Houston Regional Library & Research Center
PO Box 310
Liberty, TX 77575
Telephone: (936) 336-8821

# The Revised Code

OF THE

# LAWS OF VIRGINIA:

BEING

## A COLLECTION OF ALL SUCH ACTS

OF THE

# GENERAL ASSEMBLY,

OF A PUBLIC AND PERMANENT NATURE, AS ARE NOW IN FORCE

## WITH A GENERAL INDEX.

TO WHICH ARE PREFIXED,

THE CONSTITUTION OF THE UNITED STATES;

THE DECLARATION OF RIGHTS;

AND

THE CONSTITUTION OF VIRGINIA.

*Published pursuant to an act of the General Assembly, entitled "An act providing for the re-publication of the Laws of this Commonwealth," passed March 12, 1819.*

## VOLUME I.

RICHMOND:

PRINTED BY THOMAS RITCHIE,
PRINTER TO THE COMMONWEALTH

1819.

Sam Houston Regional Library & Research Center
FM RD 1011
P.O. Box 310
Liberty, Tx 77575

A. D. 1819.
A. R. C. 43.

Revised bills passed the present session, not to be printed with the laws thereof. Exception.

8. AND be it also enacted, That the revised bills passed during the present session of the General Assembly, shall not be printed with the other laws passed at the present session, except such bills and parts of bills as take effect before the first day of January next.

Repeal of all acts of a general nature not published in such Code. Proviso.

9. ALL acts and parts of acts, of a general nature, which shall not be published in the code aforesaid, pursuant to the directions of this act, either entire or by their titles, shall be, and the same are hereby repealed, from and after the first day of January next: *Provided, however,* That such repeal shall not prevent the prosecution of any offence committed, or impair any right accrued before the said first day of January; but such offence may be prosecuted, and such right may be maintained and asserted, in the same manner as if this repealing section had never passed.

Commencement.

10. THIS act shall commence and be in force from and after the passage thereof.

---

## C. 2.

## CONSTITUTION OF THE UNITED STATES.

A. D. 1788—9.
A. R. C. 13.

WE, the people of the United States, in order to form a more perfect union, establish justice, ensure domestic tranquility, provide for the common defence, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this constitution for the United States of America.

### ARTICLE 1.

#### Section 1.

Legislative powers vested in congress.

1. ALL legislative powers herein granted, shall be vested in a congress of the United States, which shall consist of a senate and house of representatives.

#### Section 2.

House of representatives; its members; by whom chosen; qualifications of electors.

1. THE house of representatives shall be composed of members chosen every second year by the people of the several states; and the electors in each state shall have the qualifications requisite for electors of the most numerous branch of the state legislature.

A representative to be aged 25; seven years a citizen of the United States, and an inhabitant of his state when elected.

2. No person shall be a representative who shall not have attained to the age of twenty-five years, and been seven years a citizen of the United States, and who shall not, when elected, be an inhabitant of that state in which he shall be chosen.

Representatives and taxes to be apportioned according to numbers.

3. REPRESENTATIVES and direct taxes shall be apportioned among the several states which may be included within this union, according to their respective numbers, which shall be de-

termined by adding to the whole number of free persons, including those bound to service for a term of years, and excluding Indians not taxed, three fifths of all other persons. The actual enumeration shall be made within three years after the first meeting of the congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct. The number of representatives shall not exceed one for every thirty thousand, but each state shall have at least one representative; and until such enumeration shall be made, the state of *New Hampshire* shall be entitled to choose three; *Massachusetts* eight; *Rhode Island and Providence Plantations* one; *Connecticut* five; *New York* six; *New Jersey* four; *Pennsylvania* eight; *Delaware* one; *Maryland* six; *Virginia* ten; *North Carolina* five; *South Carolina* five; and *Georgia* three.

A. D. 1788—9.
A. R. C. 13.

*Actual enumeration every ten years.*

*Limitation of the ratio of representation, &c.*

*First apportionment of representatives.*

4. WHEN vacancies happen in the representation from any state, the executive authority thereof shall issue writs of election to fill such vacancies.

*Writs of election for filling vacancies.*

5. THE house of representatives shall choose their speaker and other officers, and shall have the sole power of impeachment.

*The house of representatives to choose their speaker, &c.*

### Section 3.

1. THE senate of the United States shall be composed of two senators from each state, chosen by the legislature thereof, for six years; and each senator shall have one vote.*

*Two senators chosen by the legislature of each state, for 6 years; each a vote.*
[*See art. 5. cl. 1.]

2. IMMEDIATELY after they shall be assembled in consequence of the first election, they shall be divided, as equally as may be, into three classes. The seats of the senators of the first class, shall be vacated at the expiration of the second year, of the second class at the expiration of the fourth year, and of the third class at the expiration of the sixth year, so that one third may be chosen every second year; and if vacancies happen by resignation or otherwise, during the recess of the legislature of any state, the executive thereof may make temporary appointments until the next meeting of the legislature, which shall then fill such vacancies.

*The senators divided into three classes.*

*One third of the senatorial seats vacated and filled, every two years.*

*Executives of states to fill vacancies, in the recess of legislatures, &c.*

3. No person shall be a senator who shall not have attained to the age of thirty years, and been nine years a citizen of the United States, and who shall not, when elected, be an inhabitant of that state for which he shall be chosen.

*A senator aged 30; nine years a citizen of the United States, and an inhabitant of his state when chosen.*

4. THE vice president of the United States shall be president of the senate, but shall have no vote, unless they be equally divided.

*Vice-president to be president of the senate; to vote on an equal division only.*

5. THE senate shall choose their other officers, and also a president pro tempore, in the absence of the vice-president, or when he shall exercise the office of president of the United States.

*The senate to choose their president pro tempore, &c.*

6. THE senate shall have the sole power to try all impeachments. When sitting for that purpose, they shall be on oath or affirmation. When the president of the United States is tried, the chief justice shall preside; and no person shall be convicted without the concurrence of two thirds of the members present.

*The sole power to try impeachments, in the senate, &c.*

A. D. 1788—9.
A. R. C. 13.

Extent of judgment in cases of impeachment. Party liable also to judgment, &c. according to law.

7. JUDGMENT in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust, or profit, under the United States; but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment, and punishment, according to law.

## Section 4.

Times, &c. of holding elections for senators and representatives, regulated by the states or by congress.

1. THE times, places, and manner of holding elections for senators and representatives, shall be prescribed in each state by the legislature thereof; but the congress may, at any time, by law, make or alter such regulations, except as to the places of choosing senators.

Congress to assemble annually on the first Monday in December, &c.

2. THE congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different day.

## Section 5.

Each house judge of the election of its own members. Quorum.

1. EACH house shall be the judge of the elections, returns, and qualifications, of its own members; and a majority of each shall constitute a quorum to do business: but a smaller number may adjourn from day to day, and may be authorised to compel the attendance of absent members, in such manner and under such penalties as each house may provide.

Each house to determine its own rules, &c.

2. EACH house may determine the rules of its proceedings, punish its members for disorderly behaviour, and with the concurrence of two thirds, expel a member.

Journals to be kept by each house, and published, &c.

3. EACH house shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may in their judgment require secrecy; and the yeas and nays of the members of either house on any question, shall, at the desire of one fifth of those present, be entered on the journal.

Adjournment of both houses.

4. NEITHER house, during the session of congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two houses shall be sitting.

## Section 6.

Senators and representatives to be paid, &c.
Privileged from arrest, &c.

1. THE senators and representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the treasury of the United States. They shall, in all cases, except treason, felony, and breach of the peace, be privileged from arrest during their attendance at the session of their respective houses, and in going to or returning from the same; and for any speech or debate in either house, they shall not be questioned in any other place.

Concerning the holding of offices by senators and representatives.

2. No senator or representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time; and no person holding any office under the United States shall be a member of either house during his continuance in office.

Case 1:17-cv-00253-SWS-MLC Document 1-2 Filed 02/23/17 Page 8 of 20

## Section 7.

1. ALL bills for raising revenue shall originate in the house of representatives; but the senate may propose or concur with amendments as on other bills.

2. EVERY bill which shall have passed the house of representatives and the senate, shall, before it become a law, be presented to the president of the United States; if he approve, he shall sign it; but if not, he shall return it, with his objections, to that house in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it. If, after such reconsideration, two thirds of that house shall agree to pass the bill, it shall be sent, together with the objections, to the other house, by which it shall likewise be reconsidered; and if approved by two thirds of that house, it shall become a law. But in all such cases, the votes of both houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill, shall be entered on the journal of each house respectively. If any bill shall not be returned by the president within ten days, (Sundays excepted,) after it shall have been presented to him, the same shall be a law in like manner as if he had signed it, unless the congress by their adjournment prevent its return, in which case it shall not be a law.

3. EVERY order, resolution, or vote, to which the concurrence of the senate and house of representatives may be necessary, (except on a question of adjournment,) shall be presented to the president of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the senate and house of representatives, according to the rules and limitations prescribed in the case of a bill.

## Section 8.

THE congress shall have power—

1. To lay and collect taxes, duties, imposts, and excises; to pay the debts and provide for the common defence and general welfare of the United States; but all duties, imposts, and excises, shall be uniform throughout the United States:

2. To borrow money on the credit of the United States:

3. To regulate commerce with foreign nations, and among the several states, and with the Indian tribes:

4. To establish an uniform rule of naturalization, and uniform laws on the subject of bankruptcies throughout the United States:

5. To coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures:

6. To provide for the punishment of counterfeiting the securities and current coin of the United States:

7. To establish post-offices and post-roads:

8. To promote the progress of science and useful arts, by securing, for limited times, to authors and inventors, the exclusive right to their respective writings and discoveries:

9. To constitute tribunals inferior to the supreme court:

Case 1:17-cv-00253-SWS-MLC   Document 1-2   Filed 02/23/17   Page 10 of 20

A. C. 1788—9.
A. R. C. 13.

To declare war.

To raise armies.

To provide a navy.

To make rules for governing army and navy.

To provide for calling forth the militia.

To provide for organizing the militia, &c.

To exercise exclusive jurisdiction over a territorial district not exceeding ten miles square, &c.

To make all laws necessary to the execution of their powers.

define and punish piracies and felonies committed on the high seas, and offences against the law of nations:

10. To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water:

11. To raise and support armies; but no appropriation of money to that use, shall be for a longer term than two years:

12. To provide and maintain a navy:

13. To make rules for the government and regulation of the land and naval forces:

14. To provide for calling forth the militia to execute the laws of the union, suppress insurrections, and repel invasions:

15. To provide for organizing, arming, and disciplining the militia, and for governing such part of them as may be employed in the service of the United States; reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by congress:

16. To exercise exclusive legislation in all cases whatsoever, over such district (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of congress, become the seat of government of the United States; and to exercise like authority over all places purchased, by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings:—and,

17. To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this constitution in the government of the United States, or in any department or officer thereof.

## Section 9.

Importation of certain persons not to be prohibited until after 1808.

["See art. 5, cl. 1.]

The writ of habeas corpus recognized, &c.

No bills of attainder, or ex post facto laws.

Direct taxes according to census.

No export duty, nor preference of one state to another in commerce.

Money to be expended by legal appropriation only.

No titles of nobility can be conferred by the United

1. The migration or importation of such persons as any of the states now existing shall think proper to admit, shall not be prohibited by the congress prior to the year one thousand eight hundred and eight; but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.

2. The privilege of the writ of habeas corpus shall not be suspended, unless when, in cases of rebellion or invasion, the public safety may require it.

3. No bill of attainder or ex post facto law shall be passed.

4. No capitation, or other direct tax shall be laid, unless in proportion to the census or enumeration herein-before directed to be taken.

5. No tax or duty shall be laid on articles exported from any state. No preference shall be given by any regulation of commerce or revenue to the ports of one state over those of another; nor shall vessels bound to, or from, one state, be obliged to enter, clear, or pay duties in another.

6. No monies shall be drawn from the treasury but in consequence of appropriations made by law: and a regular statement and account of the receipts and expenditures of all public money shall be published from time to time.

7. No title of nobility shall be granted by the United States; and no person holding any office of profit or trust under them,

Federal Constitution.

shall, without the consent of the congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state.

A. D. 1788—9.
A. R. C. 13.

States; nor can its officers accept presents, &c. (See amendments, art. 13.) Places withdrawn from the states individually.

### Section 10.

1. No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make any thing but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts; or grant any title of nobility.

2. No state shall, without the consent of the congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing its inspection laws; and the nett produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the congress. No state shall, without the consent of congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another state, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

Powers which the states can exercise only under the sanction of congress.

### ARTICLE 2.

### Section 1.

1. The executive power shall be vested in a president of the United States of America. He shall hold his office during the term of four years, and together with the vice-president, chosen for the same term, be elected as follows:

Executive power vested in a president, &c.

2. Each state shall appoint, in such manner as the legislature thereof may direct, a number of electors, equal to the whole number of senators and representatives to which the state may be entitled in the congress: but no senator or representative, or person holding an office of trust or profit under the United States, shall be appointed an elector.

Electors of president, &c.

3. The electors shall meet in their respective states, and vote by ballot for two persons, of whom one at least shall not be an inhabitant of the same state with themselves. And they shall make a list of all the persons voted for; and of the number of votes for each; which list they shall sign and certify, and transmit, sealed, to the seat of the government of the United States, directed to the president of the senate. The president of the senate shall, in the presence of the senate and house of representatives, open all the certificates, and the votes shall then be counted. The person having the greatest number of votes shall be the president, if such number be a majority of the whole number of electors appointed; and if there be more than one who have such majority, and have an equal number of votes, then the house of representatives shall immediately choose by ballot one of them for president; and if no person have a majority, then, from the five highest on the list the said

Mode of...

Sam Houston Regional Library
Research Center
FM RD 1011
P.O. Box 310
Liberty, Tx 77575

A. D. 1788—9.  house shall, in like manner, choose the president. But in
A. R. C. 13.   choosing the president, the votes shall be taken by states, the
representation from each state having one vote: a quorum for
this purpose shall consist of a member or members from two-
thirds of the states, and a majority of all the states shall be
necessary to a choice. In every case, after the choice of the
president, the person having the greatest number of votes of
the electors, shall be the vice-president. But if there should
[*Annulled. See remain two or more who have equal votes, the senate shall
amendments, art. choose from them, by ballot, the vice-president.
12.]

Congress may de-  4. THE congress may determine the time of choosing the
termine the time electors, and the day on which they shall give their votes;
of choosing electors
of president, &c.  which day shall be the same throughout the United States.

The president to  5. No person except a natural born citizen, or a citizen of
be a natural born, or the United States at the time of the adoption of this constitu-
a citizen in 1788;
ages, &c. and if tion, shall be eligible to the office of president: neither shall
vice-president of any person be eligible to that office, who shall not have attained
the United States. to the age of thirty-five years, and been fourteen years a resi-
dent within the United States.

In case of vacancy  6. IN case of the removal of the president from office, or of
in the office of pre- his death, resignation, or inability to discharge the powers and
sident, the vice-
president to act, duties of the said office, the same shall devolve on the vice-
&c.            president: and the congress may by law provide for the case of
—              removal, death, resignation, or inability, both of the president
and vice-president, declaring what officer shall then act as pre-
sident, and such officer shall act accordingly, until the disa-
bility be removed, or a president shall be elected.

Compensation of  7. THE president shall, at stated times, receive for his ser-
the president.  vices, a compensation, which shall neither be increased nor
diminished during the period for which he shall have been
elected, and he shall not receive within that period any other
emolument from the United States or any of them.

The president to  8. BEFORE he enter on the execution of his office, he shall
take an oath.   take the following oath or affirmation:
Form of the oath.  "I do solemnly swear (or affirm) that I will faithfully exe-
cute the office of president of the United States, and will to
the best of my ability, preserve, protect and defend the consti-
tution of the United States."

## Section 2.

The president is  1. THE president shall be commander in chief of the army
commander in   and navy of the United States, and of the militia of the seve-
chief, &c.
               ral states, when called into the actual service of the United
He may require States: he may require the opinion, in writing, of the principal
written opinions officer in each of the executive departments, upon any subject
from principal ex-
ecutive officers.  relating to the duties of their respective offices; and he shall
He can reprieve have power to grant reprieves and pardons for offences against
and pardon.    the United States, except in cases of impeachment.

He may, in con-  2. HE shall have power, by and with the advice and consent
junction with the of the senate, to make treaties, provided two-thirds of the
senate, make trea-
ties, appoint am- senators present concur; and he shall nominate, and by and
bassadors, &c. with the advice and consent of the senate, shall appoint ambas-
sadors, other public ministers and consuls, judges of the su-
preme court, and all other officers of the United States, whose

Sam Houston Regional Library &
Research Center
FM 80-1011

A. D. 1788—9.

...ments are not herein otherwise provided for, and which ...ll be established by law. But the congress may by law vest ... appointment of such inferior officers, as they think proper, in the president alone, in the courts of law, or in the heads of departments.

*Congress may vest certain appointments in the president alone, or otherwise.*

... The president shall have power to fill up all vacancies ... may happen during the recess of the senate, by granting ...ions which shall expire at the end of their next session.

*The president may fill vacancies during the recess of the senate.*

### Section 3.

1. He shall from time to time give to the congress information of the state of the union, and recommend to their consideration such measures as he shall judge necessary and expedient; he may, on extraordinary occasions, convene both houses, or either of them, and in case of disagreement between them, with respect to the time of adjournment, he may adjourn them to such time as he shall think proper; he shall receive ambassadors and other public ministers; he shall take care that the laws be faithfully executed, and shall commission all the officers of the United States.

*President to inform congress, and recommend measures; may convene and adjourn congress on certain occasions; receive ambassadors, &c.; shall see the laws executed, and commission all officers of the United States.*

### Section 4.

1. The president, vice-president, and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

*President, &c. removable on impeachment and conviction.*

## ARTICLE 3.

### Section 1.

1. The judicial power of the United States shall be vested in one supreme court, and in such inferior courts as the congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services a compensation, which shall not be diminished during their continuance in office.

*Judicial power vested in a supreme court, &c. Judges to hold their offices during good behaviour, &c.*

### Section 2.

1. The judicial power shall extend to all cases, in law and equity, arising under this constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party; to controversies between two or more states, between a state and citizens of another state, between citizens of different states, between citizens of the same state, claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

*Extent of the judicial power.*

[* See a restriction of this provision, amendments, art. 11.]

Sam Houston Regional Library & Research Center  
FM RD 1011  
P.O. Box 310  
Liberty, Tx 77575

A. D. 1788—9.
A. R. C. 13.

Original and appellate jurisdiction of the supreme court.

2. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the supreme court shall have original jurisdiction. In all the other cases before mentioned, the supreme court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the congress shall make.

Trial of crimes to be by jury, &c.

3. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the congress may by law have directed.

## Section 3.

Definition of treason.

1. Treason against the United States shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason, unless on the testimony of two witnesses to the same overt act, or on confession in open court.

Congress to declare the punishment of treason, &c.

2. The congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture, except during the life of the person attainted.

## ARTICLE 4.

### Section 1.

Credit to be given in one state to the public acts, &c. of another, &c.

1. Full faith and credit shall be given in each state to the public acts, records and judicial proceedings of every other state. And the congress may by general laws prescribe the manner in which such acts, records and proceedings shall be proved, and the effect thereof.

### Section 2.

Reciprocity of citizenship throughout the states.

1. The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states.

Criminals flying from one state to another, to be delivered up on demand.

2. A person charged in any state with treason, felony, or other crime, who shall flee from justice, and be found in another state, shall, on demand of the executive authority of the state from which he fled, be delivered up, to be removed to the state having jurisdiction of the crime.

Runaway slaves, &c. to be delivered up.

3. No person held to service or labor in one state, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labor, but shall be delivered up, on claim of the party to whom such service or labor may be due.

### Section 3.

New states may be admitted into the union, &c.

1. New states may be admitted by the congress into this union; but no new state shall be formed or erected within the jurisdiction of any other state; nor any state be formed by the junction of two or more states, or parts of states, without the

consent of the legislatures of the states concerned, as well as of the congress. A. D. 1788—9. A. R. C. 15.

2. The congress shall have power to dispose of, and make all needful rules and regulations respecting, the territory or other property belonging to the United States; and nothing in this constitution shall be so construed, as to prejudice any claims of the United States, or of any particular state.

*Congress to have power over territory, &c. Claims of the states, &c. not to be prejudiced.*

### Section 4.

1. The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and, on application of the legislature, or the executive (when the legislature cannot be convened,) against domestic violence.

*Republican form of government guaranteed to each state, &c.*

### ARTICLE 5.

1. The congress, whenever two-thirds of both houses shall deem it necessary, shall propose amendments to this constitution; or, on the application of the legislatures of two-thirds of the several states, shall call a convention for proposing amendments, which, in either case, shall be valid to all intents and purposes, as part of this constitution, when ratified by the legislatures of three-fourths of the several states, or by conventions in three-fourths thereof, as the one or the other mode of ratification may be proposed by the congress: provided, that no amendment which may be made prior to the year one thousand eight hundred and eight, shall in any manner affect the first* and fourth* clauses in the ninth section of the first article; and that no state, without its consent, shall be deprived of its equal suffrage in the senate.†

*Mode of amending this constitution.*

[* Concerning the importation of certain persons, and direct taxes.]
[† See ante, art. 1, § 3, cl. 1.]

### ARTICLE 6.

1. All debts contracted and engagements entered into, before the adoption of this constitution, shall be as valid against the United States under this constitution, as under the confederation.

*Assumption of debts incurred under the confederation.*

2. This constitution, and the laws of the United States which shall be made in pursuance thereof, and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land: and the judges in every state shall be bound thereby; any thing in the constitution or laws of any state to the contrary notwithstanding.

*This constitution, acts of congress, and treaties, the supreme law, &c. The state judges bound thereby.*

3. The senators and representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this constitution: but no religious test shall ever be required as a qualification to any office or public trust under the United States.

*Senators, representatives, &c. bound by oath or affirmation to support this constitution. No religious test.*

A. D. 1788—9.
A. R. C. 13.

Ratification of nine states sufficient, &c.

ARTICLE 7.

1. THE ratification of the conventions of nine states, shall be sufficient for the establishment of this constitution between the states so ratifying the same.

DONE in convention, by the unanimous consent of the states present, the seventeenth day of September, in the year of our Lord one thousand seven hundred and eighty-seven, and of the independence of the United States of America, the twelfth. In witness whereof, we have hereunto subscribed our names.

GEORGE WASHINGTON,
President, and deputy from Virginia.

NEW HAMPSHIRE.
John Langdon,
Nicholas Gilman.

MASSACHUSETTS.
Nathaniel Gorham,
Rufus King.

CONNECTICUT.
William Samuel Johnson,
Roger Sherman.

NEW YORK.
Alexander Hamilton.

NEW JERSEY.
William Livingston,
David Brearly,
William Patterson,
Jonathan Dayton.

PENNSYLVANIA.
Benjamin Franklin,
Thomas Mifflin,
Robert Morris,
George Clymer,
Thomas Fitzsimmons,
Jared Ingersoll,
James Wilson,
Gouverneur Morris.

DELAWARE.
George Read,
Gunning Bedford, jun.
John Dickinson,
Richard Bassett,
Jacob Broom.

MARYLAND.
James M'Henry,
Daniel of St. Thomas Jenifer,
Daniel Carrol.

VIRGINIA.
John Blair,
James Madison, jun.

NORTH CAROLINA.
William Blount,
Richard Dobbs Spaight,
Hugh Williamson.

SOUTH CAROLINA.
John Rutledge,
Charles Cotesworth Pinckney,
Charles Pinckney,
Pierce Butler.

GEORGIA.
William Few,
Abraham Baldwin.

*Attest,* WILLIAM JACKSON, *Secretary.*

---

## IN CONVENTION,

MONDAY, SEPTEMBER 17, 1787.

Present, the states of New Hampshire, Massachusetts, Connecticut, Mr. Hamilton from New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia.

Constitution to be laid before congress, &c.

1. *Resolved,* That the preceding constitution be laid before the United States, in congress assembled, and that it is the opinion of this convention, that it should afterwards be submitted to a convention of delegates chosen in each state by the people thereof, under the recommendation of its legislature, for their assent and ratification; and that each convention assenting to, and ratifying the same, should give notice thereof to the United States in congress assembled.

Congress to fix a day for appointing

2. *Resolved,* That it is the opinion of this convention, that

*Federal Constitution.*

...titution, the United States in congress assembled, should ... a day on which electors should be appointed by the states which shall have ratified the same, and a day on which the electors should assemble to vote for the president, and the time and place for commencing proceedings under this constitution. That after such publication, the electors should be appointed, and the senators and representatives elected. That the electors should meet on the day fixed for the election of the president, and should transmit their votes, certified, signed, sealed and directed, as the constitution requires, to the secretary of the United States in congress assembled: that the senators and representatives should convene at the time and place assigned; that the senators should appoint a president of the senate, for the sole purpose of receiving, opening and counting the votes for president; and that, after he shall be chosen, the congress, together with the president, should without delay, proceed to execute this constitution.

A. D. 1788—9.
A. R. C. 13.

Electors of president, &c.

Mode recommended for carrying the constitution into effect.

By the unanimous order of the convention.

GEORGE WASHINGTON, *President.*

WILLIAM JACKSON, *Secretary.*

---

IN CONVENTION,

SEPTEMBER 17, 1787.

SIR,

We have now the honor to submit to the consideration of the United States in congress assembled, that constitution which has appeared to us the most advisable.

Letter from the convention that framed the constitution to the president of congress.

THE friends of our country have long seen and desired, that the power of making war, peace and treaties, that of levying money and regulating commerce, and the correspondent executive and judicial authorities, should be fully and effectually vested in the general government of the union; but the impropriety of delegating such extensive trust to one body of men is evident; hence results the necessity of a different organization.

It is obviously impracticable in the federal government of these states, to secure all rights of independent sovereignty to each, and yet provide for the interest and safety of all: individuals entering into society must give up a share of liberty to preserve the rest. The magnitude of the sacrifice must depend as well on situation and circumstance, as on the object to be obtained. It is at all times difficult to draw with precision the line between those rights which must be surrendered, and those which may be reserved; and on the present occasion this difficulty was increased by a difference among the several states, as to their situation, extent, habits and particular interests.

In all our deliberations on this subject, we kept steadily in our view that which appears to us the greatest interest of every true American, the consolidation of our union, in which is involved our prosperity, felicity, safety, perhaps our national existence. This important consideration, seriously and deeply...

Sam Houston Regional Library / Research Center / FM RD 1011 / P O Box 310 / Liberty Tx 77575

A. D. 1788—9.
A. R. C. 13.

impressed on our minds, led each state in the convention to be less rigid on points of inferior magnitude, than might have been otherwise expected; and thus the constitution which we now present, is the result of a spirit of amity, and of that mutual deference and concession, which the peculiarity of our political situation rendered indispensible.

That it will meet the full and entire approbation of every state, is not, perhaps, to be expected; but each will doubtless consider, that, had her interests been alone consulted, the consequences might have been particularly disagreeable or injurious to others: that it is liable to as few exceptions as could reasonably have been expected, we hope and believe: that it may promote the lasting welfare of that country so dear to us all, and secure her freedom and happiness, is our most ardent wish.

With great respect, we have the honor to be, Sir, your excellency's most obedient and humble servants,

By unanimous order of the convention,

GEORGE WASHINGTON, *President.*

His Excellency, the President of Congress.

---

## AMENDMENTS TO THE CONSTITUTION.

### ARTICLE 1.

*Congress prohibited from interfering with religion, with freedom of speech, of the press, and the right of petition.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

### ARTICLE 2.

*Right of the people to keep and bear arms, &c.*

A well regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed.

### ARTICLE 3.

*No soldier to be quartered in any house, during peace, without consent, &c.*

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

### ARTICLE 4.

*No search warrant to issue, except on probable cause, oath, &c.*

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures shall not be violated; and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

San Houston Regional Library Research Center FM RD 1011

## ARTICLE 5.

A. D. 1788—9.
A. R. C. 13.

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

*No person to be held to answer for a crime, unless on presentment, &c. except in the land or naval forces, nor to answer for the same offence twice, &c.*

## ARTICLE 6.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law; and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

*Assurances of speedy and public trial by jury, &c. in criminal prosecutions.*

## ARTICLE 7.

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

*Right of trial by jury in suits at common law, above the value of $20, &c.*

## ARTICLE 8.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

*Excessive bail, and unjust and cruel punishments, prohibited.*

## ARTICLE 9.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

*Rights enumerated, not to disparage those retained.*

## ARTICLE 10.

The powers not delegated to the United States by the constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

*Powers not delegated, &c. are reserved to the states or people.*

## ARTICLE 11.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another state, or by citizens or subjects of any foreign state.

*Restriction of judicial powers, &c.*

Sam Houston Regional Library & Research Center
FM RD 1011
P O Box 310
Liberty
Tx 77575

ARTICLE 12.

Sam Houston Regional Library &
Research Center
FM RD 1011
P.O. Box 310
Liberty, Tx 77575

Second mode of
choosing the presi-
dent and vice pres-
ident of the Uni-
ted States.

[See ante, art. 2,
§ 1, cl. 3.]

1. The electors shall meet in their respective states, and vote by ballot for president and vice president, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as president, and in distinct ballots the person voted for as vice president; and they shall make distinct lists of all persons voted for as president, and of all persons voted for as vice president, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the president of the senate; the president of the senate shall, in the presence of the senate and house of representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for president, shall be the president, if such number be a majority of the whole number of electors appointed; and if no person have such majority, then, from the persons having the highest number, not exceeding three, on the list of those voted for as president, the house of representatives shall choose immediately, by ballot, the president. But in choosing the president, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the house of representatives shall not choose a president whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the vice president shall act as president, as in the case of the death or other constitutional disability of the president.

2. The person having the greatest number of votes as vice president, shall be the vice president, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then, from the two highest numbers on the list, the senate shall choose the vice president; a quorum for the purpose shall consist of two-thirds of the whole number of senators; and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of president, shall be eligible to that of vice president of the United States.

ARTICLE 13.

Citizenship forfeit-
ed by the accept-
ance, from a for-
eign power, of any
title of nobility, or
fee, or emolument
of any kind, &c.
[See ante, art. 1,
§ 9, cl. 2.]

If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.