

**In the De Jure 13th District Court**
**New Mexico**

Andrew William Pankotai
Dixie Marie Pankotai
Randal Todd Townsend
Christie Townsend
Dylan Stamper
       the People/ Claimants

v

VALENCIA COUNTY
STATE OF NEW MEXICO
US MARSHALS OF NEW MEXICO
       the Defendants

------------------------------------------------------------

# EMERGENCY ORDER

------------------------------------------------------------

**WHERE AS** President Donald J Trump stated in his inaugural speech that the government is returned to the People. The People are not run by the government. The People give orders to the government. The President in his Proclamation 9570 of January 20, 2017, 'National Day of Patriotic Devotion', stated that the Proclamation was written "in order to strengthen our bonds to each other and to our country—and to renew the duties of Government to the people."

**WHERE AS** the People in this claim are not U.S. Citizens, U.S. persons or corporations and may not be held under its statutes and codes which are written for and apply to "persons[1]";

---

[1] "The word "person" in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings." Church of Scientology v. U.S. Dept. of Justice 612 F. 2d 417, 425 (1979)
"The word 'person' as used and employed in most statutory language is ordinarily construed to exclude the sovereign, and that for one as such to be bound by statute, they must be 'specifically' named. Wilson v. Omaha Indian Tribe 442 US 653 (1979); Will v. Michigan state Police 491 U.S. 58, 105 L.Ed.2nd 45 (1989); U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530
"Government admits that often the word 'person' is used in such a sense as not to include the sovereign but urges that, where, as in the present instance, its wider application is consistent with, and tends to effectuate, the public policy evidenced by the statute, the term should be held to embrace the government." (United States v. Cooper Corp. 318 US 600 (1941); United States v. Fox 94 US 315; United States v. Mine Workers 330 US 258 (1947) (United States v. Cooper Corp. 318 US 600 (1941); United States v. Fox 94 US 315; United States v. Mine Workers 330 US 258 (1947)

**WHERE AS** the People in this claim has not, does not and will not consent[2] to the jurisdiction of the inferior[3] court not of record. They do not contract with Valencia Adult Detention Center, nor the US MARSHALS.

**WHERE AS** the Defendants are but mere corporations with no power but that granted to them by the People.

**WHERE AS** Valencia County Court nor any New Mexico court has jurisdiction over a People, specifically the People herein named.

**WHERE AS** the People herein named are members of the peerage from which their peers are selected to sit in judgment, that is a jury of the People, not U.S. citizens, in a court of record.

**WHERE AS** 18 USC § 4001 (a) requires the federal government or any agency therein <u>to obtain an act of congress prior to detaining or imprisoning anyone</u>. "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress." No act of congress has been obtained prior to imprisoning the marshals, the prisoner they were tasked with taking into custody, not the wife of one of the marshals who was accompanying for the purpose of making a video of the proceedings. According to 1 USC § 101 'The enacting clause of all Acts of Congress shall be in the following form: "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled."' [Emphasis Mine]

**WHERE AS** Warden Joe Chavez, Captain Barela, and all the agents that work for Valencia Adult Detention Center, and the un-named Marshal, only un-named because he unlawfully withheld his name and badge number when asked for, are in violation of the following including but not limited to 18 USC § 4001, the RICO laws, and other 18 USC codes. Each wo/man will be held personally liable for his/her actions.

**WHERE AS** The continental Marshal service, the Superior Court Justices and the grand juries are law enforcement agencies that work directly for the people rather the corporations for

---

[2] **WE** hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness -- That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the **Consent of the Governed**, Declaration of Independence.

[3] "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652

whom the other law enforcement agencies are employed. It is our sworn responsibility to protect the people's rights and freedoms from enemies both foreign and domestic. The larger threat today is the domestic enemy clothed in law enforcement clothes herein known as the Defendants.

**WHERE AS** THIRTEENTH JUDICIAL DISTRICT is a private corporation with DUNS number: 783774677. As such, the agents of said corporation cannot extradite Andrew William using code foreign to this court. The agents of said corporation cannot give orders regarding the People herein named. Agent Magistrates, Sanchez and Garcia have no jurisdiction[4] or authority over the People and cannot just 'declare' that they do.

**WHERE AS** Authority cannot be decided by an officer <u>just by his decision</u>. That officer decides at his own peril. Middleton v. Low (1866), 30 C. 596, citing Prosser v. Secor (1849), 5 Barb.(N.Y) 607, 608. No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril. [Emphasis Mine] and Valley v. Northern Fire and Marine Ins. Co., 254 U.S. 348, 41 S. Ct. 116 (1920). See also Old Wayne Mut. I. Assoc. v. McDonough, 204 U.S. 8, 27 S.Ct. 236 (1907); Williamson v. Berry, 8 How. 495, 540, 12 L. Ed, 1170, 1189, (1850); Rose v. Himely, 4 Cranch 241, 269, 2 L.Ed. 608, 617 (1808). [Emphasis Mine]

**WHERE AS** Article I Section 10, Clause 1 of the constitution for the United State of America disallows the state to "grant any Title of Nobility".

**WHERE AS** members of the BAR are granted the title of nobility of "Esquire", a foreign title of nobility ranking below knight but above gentlemen.

**WHERE AS** all foreign agents are required to register as such with the united states of America under the terms of the Foreign Agent Registration Act.

**WHERE AS** agent magistrates Sanchez and Garcia, or any other agent serving as an agent to the corporation being a member of the BAR is a foreign agent required to register with the United States of America as such under the terms of the Foreign Agent Registration Act.

---

[4] The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason. U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821) We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821)

**WHERE AS** no such evidence has been found affirming the magistrates of the inferior court have registered as foreign agents.

**WHERE AS** no such evidence has been found affirming the US Marshals have authority above the People, specifically above the Marshals of the united states of America (continental).

**WHERE AS** Daniel Martinez, of his own free will entered into a verbal contract with Chief Marshal Tresa Presley Haywood, Justice Bruce Doucette, and with Justice Julie Embry on Thursday the 2nd of February, 2017 for the release of Andrew William Pankotai. Daniel Martinez signed the necessary paperwork to release the same evincing Martinez accepted the authority of this court and its Orders. Included in the contract was the acceptance of the authority of Senior Chief Marshal Haywood and Haywood's credentials, a copy of which has been retained by Daniel Martinez. Martinez acceptance of Marshal Haywood's credential thereby is acceptance of Haywood's appointed Marshals carrying out their duty to retrieve Andrew William Pankotai.

**WHERE AS** Daniel Martinez, accepted the prior Order of this court. This set precedence. Daniel Martinez, Joe Chavez nor any other agent at Valencia Adult Detention Center, can change what is filed in this court and will be upheld by the United States Supreme Court. History has long held that a precedence set is argument to uphold future actions.

**WHERE AS** Marshal Townsend and Marshal Stamper were carrying their sidearms as peace officers and Valencia Adult Detention Center rules exempts the carrying of sidearms while in the duty of their office.[5]

**IT IS HEREBY ORDERED** the People be released effective immediately, the Order for the release of Andrew William Pankotai be fulfilled immediately, and that he be released to the Marshals of the united states of America (continental).

---

[5]  Valencia Adult Detention Center Definition of Contraband - Definition of Contraband
Any deadly weapon, or an essential component part thereof, including ammunition, explosive devices and explosive materials, but does not include a weapon carried by a peace Officer in lawful discharge of his or her duties. Currency brought onto the grounds of the institution for the purpose of transfer to a prisoner, but does not include carried into areas designated by the Warden as areas for the deposit and receipt or currency for credit to a prisoner's account before contact is made with any prisoner. [Emphasis Mine]

**IT IS HEREBY ORDERED** Daniel Martinez, Joe Chavez, or any other agent of Valencia Adult Detention Center will immediately SHOW CAUSE why this Order and the previous Order dated the Nineteenth day, First month, Two-Thousand and Seventeen, Julian should not be carried out immediately. Failure to give a sworn affidavit, with law, evincing why this order should not be carried out, and that the agents herein named have higher authority than the People, including Justice Michaelene Jo and Chief Justice Michael Randolph Hamilton is taken no law exists and will result in contempt charges according to 18 USC.

**FINALLY IT IS ORDERED, ADJUDGED, and DECREED** that any rogue interference with this court of record's Orders by <u>any</u> officer of the inferior court, including but not limited to Joe Chavez, Mr. Barela, US Marshals, any other agent, Magistrates, the corporate attorney, court administrator or clerk, will be in contempt of this court of record and perpetrators will be held in contempt, without motion or hearing.

Filed with a Common Law Clerk this Twentieth day, First month, Two-Thousand and Seventeenth of the Julian Calendar.

**The Court**

*Judge Michaelene Jo*

By: Michaelene Jo
Superior Court Judge for the
united states of America (continental)

[SEAL: Common Law Court of Record, Continental united States, We the People of Wisconsin, Superior Court Judge]

In Concurrence to the above order of this court;

By: Michael Randolph Hamilton
Superior Court Judge for the
united states of America (continental)

## In the De Jure 13th District Court
## New Mexico

| Andrew William Pankotai | § | |
|---|---|---|
| v | § | Order of Release |
| VALENCIA COUNTY | § | |
| STATE OF NEW MEXICO | § | |

# ORDER

It has come to the attention of this court that in defiance of an order from this court continental Marshals Randall Townsend, Dixie Pankotai and Dylan Stamper have been detained while carrying out their official duties as ordered by this court and mandated by Senior Chief Marshal Tresa Haywood. The above named marshals are being held in the custody of Sheriff Louis Burkhard. The sheriff's first duty is to the people in the protection of the people. The sheriff is ultimately the highest law enforcement officer within his county getting authority only from the people and answering to no other body, entity or corporation. The subordinates of the sheriff have passed their responsibilities to the US Marshal's service, an entity that has no jurisdiction within the County of Valencia without the consent of the sheriff. As such, the sheriff is conspiring with the US Marshals involved with this crime.

**IT IS HEREBY ORDERED** that Sheriff Louis Burkhard release the three marshals above mentioned and Christi Townsend and Andrew Pankotai as previously ordered.

Witness the signature of this court on this 3rd day of February, 2017.

By: Michael Randolph Hamilton
Superior Court Chief Justice for the
united states of America (continental)

File

# The Colorado Bar Association

January 18, 1933.

Governor Edwin C. Johnson,
   State House,
      Denver, Colorado.

Dear Governor Johnson:

      In accordance with your request I appointed a Committee to consider the question of the abolishment of County Courts. The report of that Committee, prepared by a sub-committee is enclosed herewith.

      You recall that when we conferred with you an explanation was made regarding the difficulties encountered in attempting to change one branch of the judiciary without a complete revision of the whole system.

      It appears to the Committee that a Legislative Commission should be created to study the subject thoroly and submit a plan to the next legislature. In accordance with this recommendation I have caused a heading for a bill to be introduced providing for the appointment of such a commission. With your approval this bill will be prepared and an attempt made to have it passed.

EXHIBIT 1-G



I am advised that such a Commission could be created by joint resolution. The Commission of course would work without compensation altho it should have a small allowance for secretarial work. My own opinion is that this Commission should consist of a Supreme Court Judge, a District Court Judge, a County Judge, several members of the legislature and some representatives of The Colorado Bar Association.

May I assure you that The Colorado Bar Association would be pleased to cooperate in this work in which it is deeply interested, and to which it has given much attention.

I would be pleased to discuss the matter more fully with you at your convenience.

Respectfully yours,

Smith Rhoads

---

**COLORADO STATE ARCHIVES**
1313 Sherman, Room 1B-20 • (303) 866-2358
Denver, CO 80203

№ 023007

**RECEIPT**

ELR/H

RECEIVED FROM Jack Travis    DATE 9/3 1996

THE SUM OF Seven & 50/100    DOLLARS $ 7.50

FOR 97-723 Pull & Copies

AMOUNT OF ACCOUNT $ 7.50
AMOUNT PAID $ 7.50    Thank You!
BALANCE DUE $ ___
☒ CASH  ☐ CHECK  ☐ M.O.    BY ___

Continental Marshals Office    Exhibit ※I                              February 1, 2017



On this day 2017 in the month of February the first day, I Senior Lead Marshal Tresa Presley Haywood do Mandate my deputy Marshals Larry Westwood, Randy Townsend, and Dylan Stamper to gather all necessary equipment and means to travel to Valencia County New Mexico Adult Detention Center at 436 Courthouse Rd. Los Lunas NM. 87031, and retrieve Andrew William Pankotai. Both the Release Order and the Notice to Warden Joe Chavez prove that Justice Pankotai is not in your jurisdiction. After the Magistrate decided he did not have jurisdiction, and the Clerk stated they did not have "release power", that then falls on the detention center. Your own New Mexico State Constitution states in the Bill of Rights in Article II Section 2 Popular Sovereignty, "All political power is vested in and derived from the people; all government of right originates with the people, is founded upon their will and is instituted solely for their good." Section 3 "The people of the state have the sole and exclusive right to govern themselves as a free, sovereign and independent state." Section 9 (you breeched this one) "The military (Federal Marshals) shall always be in strict subordination to the civil power; no soldier shall in time of peace be quartered in any house without the consent of the owner; nor in the time of war except in the manner prescribed by law." We will be seeking retribution to an injured party Mrs. Pankotai for this abuse of authority, there was no badges, no proper identification shown and no warrants available which then men who arrested Andrew violated Title 17 SECTION 17-13-50. Section 13 " A person who is NOT a flight risk in the absence of bond and is otherwise eligible for bail shall not be detained....." I assure you he will not be leaving the state and he will show up to any and all court dates you deem necessary even though again, he is not under your jurisdiction. He will be taken out of your custody and placed back in the residence of Mr. Hector Santana at 202A DeSoto Ave. Belen, NM 87002.

Sincerely,

Senior Chief Marshal Haywood

# United States Marshal
## for
## The Continental uNited States of America
## Oath of Office

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 31 2016 AT 3:14 PM
PA BOOK 65 PAGES 183
[signature] DEPUTY CLERK

I, Randall-Todd; Townsend, a Natural Man/Woman, living & breathing, and standing upon the land, and NOT a creature, or subject to, or of, the HOLY SEE/ LAW OF THE SEA, do hereby attest & affirm, that I seek the Truth, the whole Truth, and nothing but the Truth, in all matters, seen & unseen, known & unknown, real or imagined, tangible & intangible.

I am the warrior protector for those who know not how to speak of the crimes against them. I bear True witness for those unable to defend themselves. I educate & inform those whose eyes, ears & minds are open, receptive, and ready to see, hear, and think, should it be their choice to seek these freedoms for themselves.

I invoke practices of juris divini, at all times, and I provide fair counsel to those in need of healing, and provide, to the best of my abilities, prompt & sufficient remedy for all injuries, real & believed to be real. I, with my heart & mind, together united, provide a peaceful & equitable venue for all those seeking proper & civil redress of their grievances.

I do protect, shield, and defend the Land, Patents, eStates, and Property Rights of individual inheritances, and those granted them at birth, from all enemies, both foreign & domestic, knowing that Property includes one's Freedoms, Liberties, and Pursuits, and that Privacy of all papers, private & public, rises to include the free, unencumbered, and unobstructed access to clean water, air, food, and energy.

I do NOT provoke, prod, influence, lobby, intimidate, threaten, or coerce any one's free will to Consent to Contracts not of their making, or those not contributing to their welfare & benefit. I set warrants, writs, and orders, against all individuals, collectives, or corporations soliciting or proffering unfair trade practices, and shall nullify & void all gratuitous bailments & contracts where usury, extortion, or fraud are found, and where injury would likely occur through their executions, if these instruments are left standing.

I have jurisdiction in all matters of all states, and estates, nations, and countries, where oppression, tyranny, suffrage, peonage, barratry, piracy, slavery of any type, involuntary servitude, antitrust, monopolizing, terrorism, exploitation, blackmail, extortion, wrongful detainments & internments for profit, have been alleged, and/or charged.

I do NOT waiver, or retreat in fear, or trepidation from these responsibilities. I carry the vessel of Light & Truth wherever I will, knowing that where Truth prevails, Darkness fails.

I do NO harm where none is earned!

My Oath is my Bond. My Word is my Honor. My Honor is Steadfast & Resolute.

So Say (i): By: marshal- randall-todd; townsend     SEAL
Marshal for the Continental uNited States of America

Date: 9/26/2016

Witness #1 By: [signature]  Date: 9-26-2016
Witness #2 By: [signature]  Date: 09/26/2016

Sec of State of TEXAS: 7015 0640 0006 4486 5518
UNITED STATES Sec of State Cert: 7015 0640 0006 4486 5471
General Post Office Registry Number: RE 128 767 183 US

Witness #3 By: Christie-lynn; Townsend  Date: 9/26/2016

STATE OF NEW MEXICO
COUNTY OF VALENCIA

STATE OF NEW MEXICO

vs.

No. _____

**RANDALL TOWNSEND**
DOB: 11/07/1968
ADD: 600 BELL STREET
    HAMILTON, TEXAS 76531
TEXAS DRIVER'S LICENSE: 00849314
HEIGHT: 5'7"   WEIGHT: 180

## CRIMINAL COMPLAINT

1. **BRINGING CONTRABAND INTO PLACES OF IMPRISONMENT**

2. **CONSPIRACY TO COMMIT BRINGING CONTRABAND INTO A PLACE OF IMPRISONMENT**

The undersigned, under penalty of perjury, complains and says that on or about the 2nd day of February, 2017, in the County of Valencia, State of New Mexico, the above-named defendant did:

### Bringing contraband into a Place of Imprisonment
carry, transport or deposit contraband, to wit: a deadly weapon (a knife) into the confines of a county (the Valencia County Detention Center), contrary to NMSA 1978, § 30-22-14(B), (a 4th degree felony).

### Conspiracy
did knowingly combine with Dylan Stamper, Dixie Pankotai and Christie Townsend, or another, for the purpose of committing **Bringing Contraband into a Place of Imprisonment**, a felony, within or without this state, contrary to NMSA 1978, § 30-28-02 & § 30-22-14(B) (a fourth degree felony).

Contrary to Section 30-22-14(B) and 30-28-02 (30-22-14B) NMSA 1978.

On February 2, 2017, I, Agent Jeremy Vaughan, New Mexico State Police, Southwest Investigative Fugitive Task Force (SWIFT), stationed in Albuquerque, Bernalillo County,

New Mexico was requested to assist in the investigation of individuals identifying themselves as "Marshals", driving to the Valencia County Detention Center in Los Lunas, Valencia County, New Mexico to take Andrew Pankotai out of the Valencia County Detention Center. I was directly aware that Mr. Pankotai is in Valencia County custody pertaining to felony arrest warrants issued out of the State of Pennsylvania served on him in Valencia County, New Mexico by U.S. Marshals on January 30, 2017.

At approximately 2:44 p.m., I received information that the "Marshals" were en route to the Valencia County Detention Center to remove Mr. Pankotai from the detention center. The Valencia County Detention Center received a packet of faxed papers from "Continental united States Superior Court Judge" indicating the custody of Mr. Pankotai was not legal, demanding Mr. Pankotai be released to the custody of Continental united States Marshals. I was informed that several calls had been received by the detention center from the "Marshals" indicating they were en route to take custody of Mr. Pankotai.

Officers with the United States Marshals Service Southwest Investigative Fugitive Task force responded with me to the Valencia County Detention Center. Two adult male subjects, later identified as Randall Townsend and Dylan Stamper, and two adult females, later identified as Dixie Pankotai and Christie Townsend, approached the Valencia County Detention Center, a lawful place of imprisonment in the State of New Mexico, County of Valencia, in a black Ford Expedition bearing Texas license plate DV6JBR. All four subjects were observed entering the front door of the detention center. Mr. Townsend and Mr. Stamper were both wearing black semi-automatic handguns in black holsters on their hips. They were directed to enter the sally port of the detention center by the detention center staff. All four subjects exited the detention center and re-entered the Ford Expedition.

Randall Townsend drove the Ford Expedition with all four subjects inside around to the south sally port entrance of the detention center. The vehicle entered the sally port and parked. Randall Townsend exited the vehicle and came around the rear of the vehicle. We approached the vehicle and ordered all four subjects out of the vehicle and onto the floor of the detention center sally port.

The handguns on the hips (in holsters) of Mr. Townsend and Mr. Stamper were immediately secured. Randall Townsend was found in possession of a loaded Hi Point 9 millimeter model C9 semi-automatic handgun bearing serial number P1856755. Dylan Stamper was in possession of a loaded Ruger SR9 9 millimeter semi-automatic handgun bearing serial number 335-00951. Both Mr. Townsend and Mr. Stamper had folding knives in their pockets at the time of their detention. Mr. Townsend had a green and silver pocket knife in his gun holster. Mr. Stamper had a black folding knife in his pants pocket.

All four subjects were informed they were investigative detention, provided the Miranda Warning and interviewed. Mr. Townsend and Mr. Stamper both admitted to knowingly bringing handguns into the Valencia County Detention Center, while armed, to take custody of Andrew Pankotai. Mr. Townsend indicated he has an additional knife and a machete in the Ford Explorer.

Mrs. Townsend indicated she has a knife in her purse inside the Ford Expedition. Mrs. Townsend and Dixie Pankotai indicated they knew Mr. Townsend and Mr. Stamper were armed at the time they entered into the Valencia County Detention Center.

All four subjects admitted to participating in a plan to present paperwork to the Valencia County Detention Center demanding the release of Mr. Pankotai and that Mr. Townsend and Mr. Stamper were armed with firearms when they entered the Valencia County Detention Center two different times.

A search warrant was executed on this same date, resulting in the seizure of a silver and brown folding knife found in a green bag along with an identification for Christie Townsend. Also found in the vehicle were two machetes, a K-bar knife, a small folding knife, two fixed blade knives, and 38 7.62 X 39 rifle bullets (live gun ammunition).

**I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IS IT A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.**

_____
Complainant

_____
Title (if any)

If Probable Cause Determination Required:

Probable Cause Found _____ Not Found _____
(If not found, complaint dismissed & defendant released)

Date: _____

Judge: _____

This complaint may not be filed with the prior payment of a filing fee unless approved by the District Attorney or a law enforcement officer authorized to serve an Arrest or Search Warrant. Approval of the District Attorney or a law enforcement officer is not otherwise required.
[As amended, effective September 1, 1990; April 1, 19991; November 1, 1991.]