STATE OF NEW MEXICO
COUNTY OF VALENCIA

STATE OF NEW MEXICO

vs.

No. _____

DYLAN STAMPER
DOB: 5/21/91
ADD: UNKNOWN
SSN: 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
TEXAS DRIVER'S LICENSE: 40773325
HEIGHT: 5'10"  WEIGHT: 240

# CRIMINAL COMPLAINT

1. **BRINGING CONTRABAND INTO PLACES OF IMPRISONMENT**

2. **CONSPIRACY TO COMMIT BRINGING CONTRABAND INTO A PLACE OF IMPRISONMENT**

The undersigned, under penalty of perjury, complains and says that on or about the 2nd day of February, 2017, in the County of Valencia, State of New Mexico, the above-named defendant did:

### Bringing contraband into a Place of Imprisonment
carry, transport or deposit contraband, to wit: a deadly weapon (a knife) into the confines of a county (the Valencia County Detention Center), contrary to NMSA 1978, § 30-22-14(B), (a 4th degree felony).

### Conspiracy
did knowingly combine with Dylan Stamper, Dixie Pankotai and Christie Townsend, or another, for the purpose of committing **Bringing Contraband into a Place of Imprisonment,** a felony, within or without this state, contrary to NMSA 1978, § 30-28-02 & § 30-22-14(B) (a fourth degree felony).

Contrary to Section 30-22-14(B) and 30-28-02 (30-22-14B) NMSA 1978.

On February 2, 2017, I, Agent Jeremy Vaughan, New Mexico State Police, Southwest Investigative Fugitive Task Force (SWIFT), stationed in Albuquerque, Bernalillo County,

New Mexico was requested to assist in the investigation of individuals identifying themselves as "Marshals", driving to the Valencia County Detention Center in Los Lunas, Valencia County, New Mexico to take Andrew Pankotai out of the Valencia County Detention Center. I was directly aware that Mr. Pankotai is in Valencia County custody pertaining to felony arrest warrants issued out of the State of Pennsylvania served on him in Valencia County, New Mexico by U.S. Marshals on January 30, 2017.

At approximately 2:44 p.m., I received information that the "Marshals" were en route to the Valencia County Detention Center to remove Mr. Pankotai from the detention center. The Valencia County Detention Center received a packet of faxed papers from "Continental united States Superior Court Judge" indicating the custody of Mr. Pankotai was not legal, demanding Mr. Pankotai be released to the custody of Continental united States Marshals. I was informed that several calls had been received by the detention center from the "Marshals" indicating they were en route to take custody of Mr. Pankotai.

Officers with the United States Marshals Service Southwest Investigative Fugitive Task force responded with me to the Valencia County Detention Center. Two adult male subjects, later identified as Randall Townsend and Dylan Stamper, and two adult females, later identified as Dixie Pankotai and Christie Townsend, approached the Valencia County Detention Center, a lawful place of imprisonment in the State of New Mexico, County of Valencia, in a black Ford Expedition bearing Texas license plate DV6JBR. All four subjects were observed entering the front door of the detention center. Mr. Townsend and Mr. Stamper were both wearing black semi-automatic handguns in black holsters on their hips. They were directed to enter the sally port of the detention center by the detention center staff. All four subjects exited the detention center and re-entered the Ford Expedition.

Randall Townsend drove the Ford Expedition with all four subjects inside around to the south sally port entrance of the detention center. The vehicle entered the sally port and parked. Randall Townsend exited the vehicle and came around the rear of the vehicle. We approached the vehicle and ordered all four subjects out of the vehicle and onto the floor of the detention center sally port.

The handguns on the hips (in holsters) of Mr. Townsend and Mr. Stamper were immediately secured. Randall Townsend was found in possession of a loaded Hi Point 9 millimeter model C9 semi-automatic handgun bearing serial number P1856755. Dylan Stamper was in possession of a loaded Ruger SR9 9 millimeter semi-automatic handgun bearing serial number 335-00951. Both Mr. Townsend and Mr. Stamper had folding knives in their pockets at the time of their detention. Mr. Townsend had a green and silver pocket knife in his gun holster. Mr. Stamper had a black folding knife in his pants pocket.

All four subjects were informed they were investigative detention, provided the Miranda Warning and interviewed. Mr. Townsend and Mr. Stamper both admitted to knowingly bringing handguns into the Valencia County Detention Center, while armed, to take custody of Andrew Pankotai. Mr. Townsend indicated he has an additional knife and a machete in the Ford Explorer.

Mrs. Townsend indicated she has a knife in her purse inside the Ford Expedition. Mrs. Townsend and Dixie Pankotai indicated they knew Mr. Townsend and Mr. Stamper were armed at the time they entered into the Valencia County Detention Center.

All four subjects admitted to participating in a plan to present paperwork to the Valencia County Detention Center demanding the release of Mr. Pankotai and that Mr. Townsend and Mr. Stamper were armed with firearms when they entered the Valencia County Detention Center two different times.

A search warrant was executed on this same date, resulting in the seizure of a silver and brown folding knife found in a green bag along with an identification for Christie Townsend. Also found in the vehicle were two machetes, a K-bar knife, a small folding knife, two fixed blade knives, and 38 7.62 X 39 rifle bullets (live gun ammunition).

**I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IS IT A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.**

_____
Complainant

_____
Title (if any)

If Probable Cause Determination Required:

Probable Cause Found _____ : Not Found _____
(If not found, complaint dismissed & defendant released)

Date: _____

Judge: _____

This complaint may not be filed with the prior payment of a filing fee unless approved by the District Attorney or a law enforcement officer authorized to serve an Arrest or Search Warrant. Approval of the District Attorney or a law enforcement officer is not otherwise required.
[As amended. effective September 1. 1990: April 1. 19991: November 1. 1991.]

STATE OF NEW MEXICO
COUNTY OF VALENCIA

STATE OF NEW MEXICO

vs.

No. _____

CHRISTIE TOWNSEND
DOB: 05/04/1973
ADD: 600 BELL STREET
HAMILTON, TEXAS 76531
TEXAS DRIVER'S LICENSE: 17607222
SSN: 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
HEIGHT: 5'7"  WEIGHT: 150

## CRIMINAL COMPLAINT

1. **BRINGING CONTRABAND INTO PLACES OF IMPRISONMENT**

2. **CONSPIRACY TO COMMIT BRINGING CONTRABAND INTO A PLACE OF IMPRISONMENT**

The undersigned, under penalty of perjury, complains and says that on or about the 2nd day of February, 2017, in the County of Valencia, State of New Mexico, the above-named defendant did:

### Bringing contraband into a Place of Imprisonment
carry, transport or deposit contraband, to wit: a deadly weapon (a knife) into the confines of a county (the Valencia County Detention Center), contrary to NMSA 1978, § 30-22-14(B). (a 4th degree felony).

### Conspiracy
did knowingly combine with Dylan Stamper, Dixie Pankotai and Christie Townsend, or another, for the purpose of committing **Bringing Contraband into a Place of Imprisonment**, a felony, within or without this state, contrary to NMSA 1978, § 30-28-02 & § 30-22-14(B) (a fourth degree felony).

Contrary to Section 30-22-14(B) and 30-28-02 (30-22-14B) NMSA 1978.

On February 2, 2017, I, Agent Jeremy Vaughan, New Mexico State Police, Southwest Investigative Fugitive Task Force (SWIFT), stationed in Albuquerque, Bernalillo County, New Mexico was requested to assist in the investigation of individuals identifying themselves as "Marshals", driving to the Valencia County Detention Center in Los Lunas, Valencia County, New Mexico to take Andrew Pankotai out of the Valencia County Detention Center. I was directly aware that Mr. Pankotai is in Valencia County custody pertaining to felony arrest warrants issued out of the State of Pennsylvania served on him in Valencia County, New Mexico by U.S. Marshals on January 30, 2017.

At approximately 2:44 p.m., I received information that the "Marshals" were en route to the Valencia County Detention Center to remove Mr. Pankotai from the detention center. The Valencia County Detention Center received a packet of faxed papers from "Continental united States Superior Court Judge" indicating the custody of Mr. Pankotai was not legal, demanding Mr. Pankotai be released to the custody of Continental united States Marshals. I was informed that several calls had been received by the detention center from the "Marshals" indicating they were en route to take custody of Mr. Pankotai.

Officers with the United States Marshals Service Southwest Investigative Fugitive Task force responded with me to the Valencia County Detention Center. Two adult male subjects, later identified as Randall Townsend and Dylan Stamper, and two adult females, later identified as Dixie Pankotai and Christie Townsend, approached the Valencia County Detention Center, a lawful place of imprisonment in the State of New Mexico, County of Valencia, in a black Ford Expedition bearing Texas license plate DV6JBR. All four subjects were observed entering the front door of the detention center. Mr. Townsend and Mr. Stamper were both wearing black semi-automatic handguns in black holsters on their hips. They were directed to enter the sally port of the detention center by the detention center staff. All four subjects exited the detention center and re-entered the Ford Expedition.

Randall Townsend drove the Ford Expedition with all four subjects inside around to the south sally port entrance of the detention center. The vehicle entered the sally port and parked. Randall Townsend exited the vehicle and came around the rear of the vehicle. We approached the vehicle and ordered all four subjects out of the vehicle and onto the floor of the detention center sally port.

The handguns on the hips (in holsters) of Mr. Townsend and Mr. Stamper were immediately secured. Randall Townsend was found in possession of a loaded Hi Point 9 millimeter model C9 semi-automatic handgun bearing serial number P1856755. Dylan Stamper was in possession of a loaded Ruger SR9 9 millimeter semi-automatic handgun bearing serial number 335-00951. Both Mr. Townsend and Mr. Stamper had folding knives in their pockets at the time of their detention. Mr. Townsend had a green and silver pocket knife in his gun holster. Mr. Stamper had a black folding knife in his pants pocket.

All four subjects were informed they were investigative detention, provided the Miranda Warning and interviewed. Mr. Townsend and Mr. Stamper both admitted to knowingly bringing handguns into the Valencia County Detention Center, while armed, to take

custody of Andrew Pankotai. Mr. Townsend indicated he has an additional knife and a machete in the Ford Explorer.

Mrs. Townsend indicated she has a knife in her purse inside the Ford Expedition. Mrs. Townsend and Dixie Pankotai indicated they knew Mr. Townsend and Mr. Stamper were armed at the time they entered into the Valencia County Detention Center.

All four subjects admitted to participating in a plan to present paperwork to the Valencia County Detention Center demanding the release of Mr. Pankotai and that Mr. Townsend and Mr. Stamper were armed with firearms when they entered the Valencia County Detention Center two different times.

A search warrant was executed on this same date, resulting in the seizure of a silver and brown folding knife found in a green bag along with an identification for Christie Townsend. Also found in the vehicle were two machetes, a K-bar knife, a small folding knife, two fixed blade knives, and 38 7.62 X 39 rifle bullets (live gun ammunition).

**I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IS IT A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.**

_____
Complainant

Agent Jeremy Vaughan
_____
Title (if any)

If Probable Cause Determination Required:

Probable Cause Found _____ : Not Found _____
(If not found, complaint dismissed & defendant released)

Date: _____

Judge: _____


This complaint may not be filed with the prior payment of a filing fee unless approved by the District Attorney or a law enforcement officer authorized to serve an Arrest or Search Warrant. Approval of the District Attorney or a law enforcement officer is not otherwise required.
[As amended, effective September 1, 1990; April 1, 19991; November 1, 1991.]

STATE OF NEW MEXICO
COUNTY OF VALENCIA

STATE OF NEW MEXICO

vs.

No. _____

DIXIE PANKOTAI
  AKA: DIXIE BROWN
DOB: 11/30/82
ADD: 202A Desoto Avenue
       Belen, NM 87002
SSN: 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
HEIGHT: 5'5"   WEIGHT: 170

## CRIMINAL COMPLAINT

### 1. CONSPIRACY TO COMMIT BRINGING CONTRABAND INTO A PLACE OF IMPRISONMENT

The undersigned, under penalty of perjury, complains and says that on or about the 2nd day of February, 2017, in the County of Valencia, State of New Mexico, the above-named defendant did:

**Conspiracy**                            *Christie Townsend*
did knowingly combine with Dylan Stamper, ~~Dixie Pankotai~~ and Christie Townsend, or another, for the purpose of committing **Bringing Contraband into a Place of Imprisonment**, a felony, within or without this state, contrary to NMSA 1978, § 30-28-02 & § 30-22-14(B) (a fourth degree felony).

**Contrary to Section 30-22-14(B) and 30-28-02 (30-22-14B) NMSA 1978.**

On February 2, 2017. I, Agent Jeremy Vaughan, New Mexico State Police, Southwest Investigative Fugitive Task Force (SWIFT), stationed in Albuquerque, Bernalillo County, New Mexico was requested to assist in the investigation of individuals identifying themselves as "Marshals", driving to the Valencia County Detention Center in Los Lunas, Valencia County, New Mexico to take Andrew Pankotai out of the Valencia County Detention Center. I was directly aware that Mr. Pankotai is in Valencia County custody pertaining to felony arrest warrants issued out of the State of Pennsylvania served on him in Valencia County, New Mexico by U.S. Marshals on January 30, 2017.

At approximately 2:44 p.m., I received information that the "Marshals" were en route to the Valencia County Detention Center to remove Mr. Pankotai from the detention center. The Valencia County Detention Center received a packet of faxed papers from "Continental united States Superior Court Judge" indicating the custody of Mr. Pankotai was not legal, demanding Mr. Pankotai be released to the custody of Continental united States Marshals. I was informed that several calls had been received by the detention center from the "Marshals" indicating they were en route to take custody of Mr. Pankotai.

Officers with the United States Marshals Service Southwest Investigative Fugitive Task force responded with me to the Valencia County Detention Center. Two adult male subjects, later identified as Randall Townsend and Dylan Stamper, and two adult females, later identified as Dixie Pankotai and Christie Townsend, approached the Valencia County Detention Center, a lawful place of imprisonment in the State of New Mexico, County of Valencia, in a black Ford Expedition bearing Texas license plate DV6JBR. All four subjects were observed entering the front door of the detention center. Mr. Townsend and Mr. Stamper were both wearing black semi-automatic handguns in black holsters on their hips. They were directed to enter the sally port of the detention center by the detention center staff. All four subjects exited the detention center and re-entered the Ford Expedition.

Randall Townsend drove the Ford Expedition with all four subjects inside around to the south sally port entrance of the detention center. The vehicle entered the sally port and parked. Randall Townsend exited the vehicle and came around the rear of the vehicle. We approached the vehicle and ordered all four subjects out of the vehicle and onto the floor of the detention center sally port.

The handguns on the hips (in holsters) of Mr. Townsend and Mr. Stamper were immediately secured. Randall Townsend was found in possession of a loaded Hi Point 9 millimeter model C9 semi-automatic handgun bearing serial number P1856755. Dylan Stamper was in possession of a loaded Ruger SR9 9 millimeter semi-automatic handgun bearing serial number 335-00951. Both Mr. Townsend and Mr. Stamper had folding knives in their pockets at the time of their detention. Mr. Townsend had a green and silver pocket knife in his gun holster. Mr. Stamper had a black folding knife in his pants pocket.

All four subjects were informed they were investigative detention, provided the Miranda Warning and interviewed. Mr. Townsend and Mr. Stamper both admitted to knowingly bringing handguns into the Valencia County Detention Center, while armed, to take custody of Andrew Pankotai. Mr. Townsend indicated he has an additional knife and a machete in the Ford Explorer.

Mrs. Townsend indicated she has a knife in her purse inside the Ford Expedition. Mrs. Townsend and Dixie Pankotai indicated they knew Mr. Townsend and Mr. Stamper were armed at the time they entered into the Valencia County Detention Center.

All four subjects admitted to participating in a plan to present paperwork to the Valencia County Detention Center demanding the release of Mr. Pankotai and that Mr. Townsend

and Mr. Stamper were armed with firearms when they entered the Valencia County Detention Center two different times.

A search warrant was executed on this same date, resulting in the seizure of a silver and brown folding knife found in a green bag along with an identification for Christie Townsend. Also found in the vehicle were two machetes, a K-bar knife, a small folding knife, two fixed blade knives, and 38 7.62 X 39 rifle bullets (live gun ammunition).

**I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IS IT A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.**

_____
Complainant

Agent Jeremy Vaughan
Title (if any)

If Probable Cause Determination Required:

Probable Cause Found _____ : Not Found _____
(If not found, complaint dismissed & defendant released)

Date: _____

Judge: _____

This complaint may not be filed with the prior payment of a filing fee unless approved by the District Attorney or a law enforcement officer authorized to serve an Arrest or Search Warrant. Approval of the District Attorney or a law enforcement officer is not otherwise required.
[As amended, effective September 1, 1990; April 1, 19991; November 1, 1991.]

EXHIBIT  O

Upon sale of this vehicle, the purchaser must apply for a new title within 20 working days unless vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

007113

CHRISTIE TOWNSEND
600 S BELL ST
HAMILTON, TX 76531-2707

▼ DETACH HERE ▼

# TEXAS CERTIFICATE OF TITLE

VEHICLE TITLES AND REGISTRATION DIVISION

92109506

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FMEU17L0VLB58372 | 1997 | FORD | UT |

TITLE/DOCUMENT NUMBER: 22030940041140050
DATE TITLE ISSUED: 08/27/2009

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| EPT | | 4800 | BD4V261 |

PREVIOUS OWNER: TEXAS SALES INC FORT WORTH TX

ODOMETER READING: EXEMPT
REMARK(S):

OWNER:
CHRISTIE TOWNSEND
600 S BELL
HAMILTON, TX 76531

X *Christie Townsend* (signature)
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: NONE    1ST LIENHOLDER:
1ST LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN: _____    2ND LIENHOLDER:
2ND LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN: _____    3RD LIENHOLDER:
3RD LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____

FORM 30-C REV. 8/2009    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.