**RETURN AND INVENTORY**

I received the attached Search Warrant on <u>February 2, 2017</u>

and executed it on <u>February 2</u>, 2017 at <u>9:20</u> o'clock (a.m.) (p.m.)

I searched the person or premises described in the Warrant and I left a copy of the
Warrant with
<u>1997 Ford Expedition bearing Texas license plate DV6JBR</u>

*(name the person searched or owner at the place of the search)* together with a copy of
the inventory for the items seized.

The following is an inventory of property taken pursuant to the Warrant: *(Attach separate
inventory if necessary.)*

<u>38 rounds of 7.62 x 39 mm Ammunition, 2 machetes</u>
<u>2 Folding Knives, 1 Kbar Knife, 2 Fixed blade Knives</u>
<u>4 cellular Phones</u>
<u>See attached For full list (2 pages)</u>

This inventory was made in the presence of <u>Jeremy Vaughan</u>
                                        *(name of Applicant for the Search Warrant)*
and <u>Ben Segotta</u>            *(Owner of premises or property. If not available,
name of other credible person witnessing the inventory.)*
         This is a true and detailed account of all the property taken pursuant to the
Warrant.

_____
                                                      Signature of
                                                      Officer

_____
Signature of owner of property or other witness

         Return made this _____ day of _____, 20___, at _____
(a.m.)(p.m.)

_____
                                                      (Judge)(Clerk)

         After careful search I could not find at the place, or on the person described, the
property described in this Warrant.

_____
Officer                          Date

EXHIBIT PG

Item List
IB Zone 3
Carlisle
Albuquerque, NM 87507

2/21/2017 3:18:28 PM

| Item Status | Case # | Evidence Item Number | Description | Category | Date Collected | Location Obtained | Case Agent/Officer | Collected By | Storage Location Path | County |
|---|---|---|---|---|---|---|---|---|---|---|
| Temp | 17-23-3-0032 | JV-K1 | Black Buck knife with nylon sheath and nylon cord | Weapon | 2/2/2017 | VCDC Sally Port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-K2 | Brown K-Bar fixed blade knife in brown leather sheath marked "USMC" | Weapon | 2/2/2017 | VCDC Sally Port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-K3 | Small black fixed-blade knife, black feather sheath | Weapon | 2/2/2017 | VCDC Sally Port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-K4 | Small brown and silver folding knife | Weapon | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17 23 3 0032 | JV-MC1 | Black "SOG SOG-FARI" machete in nylon sheath | Weapon | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-MC2 | Raised machete with electrical tape handle | Weapon | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-AM1 | 38 7.62 X 39 full metal jacket bullets marked "XM" | Live/Spent Ammunition | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-US1 | White sandwich bag containing white powder in clear folded plastic | Drugs | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-K5 | Small brown and brass folding knife | Weapon | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-P1 | White smart phone in pink case | Cell Phone | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-P2 | Black smartphone in black and green "Tinglesige" case | Cell Phone | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-P3 | Black smartphone in black "Otter Box" case | Cell Phone | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-P4 | Black smartphone in camouflage case | Cell Phone | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-H1 | Holster, belt, wrist cord, silver ring and dog tags from "Dylan J. Stamper" | Firearm Accessories | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-H2 | Black nylon holster marked "Targus" from Randall Townsend | Firearm Accessories | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-HG1 | Category: Firearm/Caliber: 9mm Luger/Make: Hi-Point/Model: C9/Serial # P 1650155 | Firearms | 2/2/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |
| Temp | 17-23-3-0032 | JV-AM2 | "8 live 9 millimeter bullets marked "Herndy" | Live/Spent Ammunition | 2/20/2017 | VCDC sally port | 118188 - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 -> Temporary 5 | Valencia |

Exhibit P-3

| Item Status | Case # | Evidence Item Number | Description | Category | Date Collected | Location Obtained | Case Agent/Officer | Collected By | Storage Location Path | County |
|---|---|---|---|---|---|---|---|---|---|---|
| Temp | 17-23-3-0032 | JV-P5 | Black smartphone | Cell Phone | 2/2/2017 | VCDC sally port | 11818B - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 >> Temporary 5 | Vallerca |
| Temp | 17-23-3-0032 | JV-K6 | Silver folding knife marked "NGA" | Weapon | 2/2/2017 | VCDC sally port | 11818B - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 >> Temporary 5 | Vallerca |
| Temp | 17-23-3-0032 | JV-MAG1 | 2 black handgun magazines from Randall Townsend | Firearm Accessories | 2/2/2017 | VCDC sally port | 11818B - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 >> Temporary 5 | Vallerca |
| Temp | 17-23-3-0032 | JV-HG2 | Category: Firearm/Caliber: 9 millimeter/Make: Ruger/Model: SR9/Serial # 335-00951 | Firearms | 2/2/2017 | VCDC sally port | 11818B - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 >> Temporary 5 | Vallerca |
| Temp | 17-23-3-0032 | JV-AM3 | 9 millimeter full metal jacket bullets marked "NFCR 9MM Luger" | Live/Spent Ammunition | 2/2/2017 | VCDC sally port | 11818B - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 >> Temporary 5 | Vallerca |
| Temp | 17-23-3-0032 | JV-MAG2 | 2 black Ruger handgun magazines from Dylan Stamper | Firearm Accessories | 2/2/2017 | VCDC sally port | 11818B - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 >> Temporary 5 | Vallerca |
| Temp | 17-23-3-0032 | JV-K7 | Black and blue folding knife from Dylan Stamper | Weapon | 2/2/2017 | VCDC sally port | 11818B - Vaughan, Jeremy | Agent Jeremy Vaughan | Temp Loc: IB Zone 3 >> Temporary 5 | Vallerca |

*Exhibit Q.1*

A202

**STATE OF NEW MEXICO**
**VALENCIA COUNTY MAGISTRATE COURT** LOS LUNAS DIV. I & III

State of New Mexico

v *Randall Townsend* , Defendant      No.

DOB: *11/07/68*      SSN:

FILED FEB '3 '7
VALENCIA COUNTY DIV I & III
MAGISTRATE COURT

### RELEASE ORDER AND BOND

IT IS ORDERED that the defendant be released from custody, subject to the following conditions:

[ ] Personal Recognizance
[✓] Bond:      $ *30,000* Cash/Surety      [ ] $ _____      Bail bond
[ ] Third Party Custodian: _____      Name _____
_____      Address _____
_____      Address 2 _____
_____      Telephone Number _____

I agree to appear before the Court:

Date: _____      Time: _____ AM/PM

It is further agreed by the defendant:

Defendant shall appear before the court when notified;
Defendant shall not possess firearms or dangerous weapons;
Defendant shall not possess or consume alcohol or enter liquor establishments;
Defendant shall not violate any City, County, State or Federal Criminal Law;
Defendant shall not leave Valencia/Bernalillo County without prior permission of the court;
Defendant shall notify the Court of any change of address;
Defendant shall maintain contact with his/her attorney at all times;
Defendant shall appear at all scheduled Court appearances.
Defendant shall not have any contact with ANY VICTIMS, WITNESSES OR CO-DEFENDANT by any means to include third party contact, telephone, cell phone, text message, instant message, e-mail, letter or other means of communication.
( ) Other: _____

IT IS SO ORDERED BY:

Date: *2/3/17*      _____
                    Judge      Magistrate Court, Div I & III

I UNDERSTAND THE ABOVE CONDITIONS AND RELEASE AND AGREE TO THEM. I understand that a Warrant for Arrest may be issued for a violation of this order. If I fail to appear or violate a condition of release, I understand that bond will be forfeited and I agree to pay the amount of the bond to the state. I understand that additional criminal charges may be filed if I violate conditions of release.

Date of Release: _____, 20 ___      Time of Release: _____ AM/PM

_____      *1 60 S Bell St*
Defendant's Signature      Address
_____      *214-737-1743*
City/State      Telephone Number

**Authorized Signature from Valencia County Detention Center:** _____

Exhibit Q.2

**STATE OF NEW MEXICO**
**VALENCIA COUNTY MAGISTRATE COURT** LOS LUNAS DIV. I & III

State of New Mexico
v
Christie Townsend , Defendant     No. _____

DOB: 5/4/1973     SSN: 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

## RELEASE ORDER AND BOND

IT IS ORDERED that the defendant be released from custody, subject to the following conditions:

[ ] Personal Recognizance
[X] Bond: $ 50,000 Cash     [ ] $ _____ Bail bond
[ ] Third Party Custodian: _____     Name _____
_____     Address _____
_____     Address 2 _____
_____     Telephone Number _____

I agree to appear before the Court:

Date: _____     Time: _____ AM/PM

It is further agreed by the defendant:
 Defendant shall appear before the court when notified;
 Defendant shall not possess firearms or dangerous weapons;
 Defendant shall not possess or consume alcohol or enter liquor establishments;
 Defendant shall not violate any City, County, State or Federal Criminal Law;
 Defendant shall not leave Valencia/Bernalillo County without prior permission of the court;
 Defendant shall notify the Court of any change of address;
 Defendant shall maintain contact with his/her attorney at all times;
 Defendant shall appear at all scheduled Court appearances.
 Defendant shall not have any contact with ANY VICTIMS, WITNESS OR CO-DEFENDANT by any means to include third party contact,
 telephone, cell phone, text message, instant message, e-mail, letter or other means of communication.
( ) Other: _____

FILED IN
FEB 03 2017
VALENCIA COUNTY DIV I & III
MAGISTRATE COURT

IT IS SO ORDERED BY:
Date: 2/3/17 _____

Judge _____     Magistrate Court, Div I & III

I UNDERSTAND THE ABOVE CONDITIONS AND RELEASE AND AGREE TO THEM. I understand that a Warrant for Arrest may be
issued for a violation of this order. If I fail to appear or violate a condition of release, I understand that bond will be forfeited
and I agree to pay the amount of the bond to the state. I understand that additional criminal charges may be filed if I violate
conditions of release.

Date of Release: _____, 20___     Time of Release: _____ AM/PM

_____     Address _____
Defendant's Signature     _____
_____     Telephone Number
City/State

Authorized Signature from Valencia County Detention Center: _____

Unknown criminal background.
lots of weapons involved

A101

**STATE OF NEW MEXICO**
**VALENCIA COUNTY MAGISTRATE COURT** LOS LUNAS DIV. I & III

State of New Mexico
v
Dylan Stamper _____ Defendant         No: _____

DOB: 5/21/1991 _____ SSN: _____

FILED IN

FEB 03 2017

COUNTY DIV. I & III
MAGISTRATE COURT

**RELEASE ORDER AND BOND**

IT IS ORDERED that the defendant be released from custody, subject to the following conditions:

[ ] Personal Recognizance
[X] Bond:    $ 50,000 Cash Only      [ ] $_____       Bail Bond
[X] Third Party Custodian: _____       Name _____
_____                                   Address _____
_____                                   Address 2 _____
_____                                   Telephone Number _____

I agree to appear before the Court:

Date: _____             Time: _____ AM/PM

It is further agreed by the defendant:
    Defendant shall appear before the court when notified;
    Defendant shall not possess firearms or dangerous weapons;
    Defendant shall not possess or consume alcohol or enter liquor establishments;
    Defendant shall not violate any City, County, State or Federal Criminal Law;
    Defendant shall not leave Valencia/Bernalillo County without prior permission of the court;
    Defendant shall notify the Court of any change of address;
    Defendant shall maintain contact with his/her attorney at all times;
    Defendant shall appear at all scheduled Court appearances.
    Defendant shall not have any contact with ANY VICTIMS, WITNESSES OR CO-DEFENDANT by any means to include third party contact,
    telephone, cell phone, text message, instant message, e-mail, letter or other means of communication.
    ( ) Other: _____
_____

IT IS SO ORDERED BY:

Date: 2/3/17 _____

_____
Judge          Magistrate Court, Div I & III

I UNDERSTAND THE ABOVE CONDITIONS AND RELEASE AND AGREE TO THEM. I understand that a Warrant for Arrest may be
issued for a violation of this order. If I fail to appear or violate a condition of release, I understand that bond will be forfeited
and I agree to pay the amount of the bond to the state. I understand that additional criminal charges may be filed if I violate
conditions of release.

Date of Release: _____, 20___          Time of Release: _____ AM/PM

_____                                   3600 W 2nd #35
Defendant's Signature                             Address

_____                                   (912)564-4939
City/State                                        Telephone Number

Authorized Signature from Valencia County Detention Center: _____

STATE OF NEW MEXICO
VALENCIA COUNTY MAGISTRATE COURT IN LOS LUNAS

**STATE OF NEW MEXICO**

v. *Randell Townsend*, Defendant          No. _____

### PROBABLE CAUSE DETERMINATION

*(For use only if the defendant has been arrested without a warrant and has not been released)*

**Finding of Probable Cause**

[X]     I find that there is a written showing of probable cause to believe that a crime has been committed and that the above named defendant committed it.

It is ordered that the defendant shall be released:

[ ]          on personal recognizance.
[X]          on the conditions of release set forth in the release order.

**Failure to Make Showing of Probable Cause**

[ ]     I find that probable cause has not been shown that a crime has been committed and that the above named defendant committed it.

FILED IN
FEB 03 17
VALENCIA COUNTY
MAGISTRATE COURT

_____ Judge

2/3/17                     Date

11:10 AM                   Time

Distribution     1 Copy- Court  1 Copy-Defendant  1 Copy-Prosecutor   [As amended effective December 31, 2013]  Criminal Form 9-207A

Court Information: Valencia County Magistrate Court in Los Lunas  1206 Main Street
Los Lunas NM 87031  phone (505) 865-4637  (fax) (505) 865-0639  web site: www.nmcourts.gov

STATE OF NEW MEXICO
VALENCIA COUNTY MAGISTRATE COURT IN LOS LUNAS

STATE OF NEW MEXICO

v.

<u>Christie Townsend</u>, **Defendant**                    **No.** _____

## PROBABLE CAUSE DETERMINATION

*(For use only if the defendant has been arrested without a warrant and has not been released)*

**Finding of Probable Cause**

[X]     I find that there is a written showing of probable cause to believe that a crime has been committed and that the above named defendant committed it.

It is ordered that the defendant shall be released:

[ ]        on personal recognizance.

[X]        on the conditions of release set forth in the release order.

FILED IN
FEB 0 3 2017
VALENCIA COUNTY DIV I & II
MAGISTRATE COURT

**Failure to Make Showing of Probable Cause**

[ ]     I find that probable cause has not been shown that a crime has been committed and that the above named defendant committed it.

_____
_____ Judge

2/3/17

10:51 AM
_____
Time

Distribution:        1 Copy- Court   1 Copy-Defendant   1 Copy-Prosecutor   [As amended effective December 31, 2013] Criminal Form 9-207A

Court Information: Valencia County Magistrate Court in Los Lunas   1206 Main Street
Los Lunas NM 87031  phone (505) 865-4637  (fax) (505) 865-0639  web site: www.nmcourts.gov

EXHIBIT 3

STATE OF NEW MEXICO
VALENCIA COUNTY MAGISTRATE COURT IN LOS LUNAS

**STATE OF NEW MEXICO**

v. _Dylan Stampler_, **Defendant**                    No. _____

### PROBABLE CAUSE DETERMINATION

*(For use only if the defendant has been arrested without a warrant and has not been released)*

**Finding of Probable Cause**

[X]   I find that there is a written showing of probable cause to believe that a crime has been committed and that the above named defendant committed it.

It is ordered that the defendant shall be released:

[ ]   on personal recognizance.
[X]   on the conditions of release set forth in the release order.

FILED IN
FEB 0 3 2017
VALENCIA COUNTY DIV 1 & 2
MAGISTRATE COURT

**Failure to Make Showing of Probable Cause**

[ ]   I find that probable cause has not been shown that a crime has been committed and that the above named defendant committed it.

_____ Judge

2/3/17 _____ Date

10:24 AM _____ Time

Distribution    1 Copy- Court  1 Copy-Defendant  1 Copy-Prosecutor    [As amended effective December 31, 2013] Criminal Form 9-207A

Court Information: Valencia County Magistrate Court in Los Lunas  1206 Main Street
Los Lunas NM  87031  phone (505) 865-4637  (fax) (505) 865-0639  web site: www.nmcourts.gov

STATE OF NEW MEXICO
COUNTY OF VALENCIA
IN THE DISTRICT COURT

IN THE MATTER OF THE ISSUING A SEARCH WARRANT ON THE 2ND DAY OF
FEBRUARY, 2017.
AFFIDAVIT FOR SEARCH WARRANT

   Affiant, being duly sworn, upon his oath, states and I have reason to believe that
on the following described premises, vehicle(s) and/or person(s) of:

1. Black 1997 Ford Expedition sport utility vehicle bearing Texas registration plate
 DV6JBR and Vehicle Identification Number 1FMEU17L0VLB58372. This
 vehicle contains miscellaneous visible luggage and bedrolls.

In the city or county designated above there is now being concealed:

1. Latent and/or visible print(s), including but not limited to fingerprint(s) and footwear
 impression(s).
2. Swabs of blood and/or DNA sufficient for laboratory examination to be taken from
 the item(s) to be seized.
3. Firearm(s), firearm components, firearm accessories, firearm cleaning materials,
 firearm cases, firearm owner manuals and/or any other items used to facilitate the
 possession, use, maintenance and/or transfer of the said item(s). Document(s) that
 establish or tend to establish ownership, possession, use, transfer and/or the right to
 ownership, possession, use and/or transfer of the herein-described item(s), to be
 seized.
4. Ammunition, whether fired or unfired, projectile(s), fragment(s) of projectile(s),
 ammunition casing(s) whether fired or unfired and/or any other component(s) of
 ammunition. Document(s) that establish or tend to establish ownership, possession,
 use, transfer and/or the right to ownership, possession, use and/or transfer of the,
 herein-described item(s), to be seized.
5. Any weapon(s), tool(s) and/or instrument(s) capable of causing sharp force trauma to
 the human body. Document(s) that establish or tend to establish ownership,
 possession, use, transfer and/or the right to ownership, possession, use and/or transfer
 of the herein-described item(s), to be seized.
6. Telephones, pagers, cellular telephones, radio transmitter/receivers, telephonic
 answering, paging and/or messaging machine(s). Data stored on/within the internal
 and/or external memory of the herein-described items, to be searched, including, but
 not limited to text messages, voice messages, emails, picture/video data, internet
 history, and/or any other data. This warrant shall authorize the complete search of the
 herein-described items, to be searched. It may be necessary to view, listen to and/or
 manipulate the herein-described items, to be searched, in order to copy, transcribe,
 transfer and/or otherwise document the data. This warrant shall authorize law
 enforcement and/or people assisting law enforcement to answer any incoming
 telephone call(s) which are received on the herein-described items, to be searched,
 and converse on said items, while executing this warrant and/or after taking
 possession of the herein-described items, to be searched.

2

7. Any and all data contained in the cellular device to include call logs and call detail records for all incoming, outgoing or missed calls. Text message data for incoming, and outgoing text messages, including data content of these messages. E-mail messages, both incoming and outgoing. Picture/Video message data for both incoming and outgoing picture/video messages and subsequent data contained on the device. Pictures/Videos stored on the device to include any meta-data showing location and device used to capture the image or video. Calendar details and appointments stored on the device. Internet and browser history. Stored audio files, to include but not limited to voice mail, messages, and recordings. Cell tower information, wireless connectivity, and GPS data the device may have connected to and/or stored within the device.

8. A download of any and all data contained on the cellular device, up to and including a complete image of all data, meta-data and information which may be contained in the device for later examination and analysis.

9. Documentation of the herein-described vehicle and/or the herein-described item(s), to be seized, by means of measurement, photography, videography and/or any other means deemed necessary by law enforcement and/or person(s) assisting law enforcement.

10. Item(s) which establish or tend to establish possession, use, residence, occupancy, presence and/or the right to possession, use, residence, occupancy and/or presence at the above described vehicle to be searched.

11. Document(s) that establish or tend to establish ownership, possession, use, transfer and/or the right to ownership, possession, use and/or transfer of the herein-described item(s), to be seized.

12. Any record documented on any media, which establishes and/or tends to establish the state of mind, motive(s), action(s), means and/or intention(s) of any person(s) with knowledge or apparent knowledge of the crime(s), including, but not limited to diaries, journal(s) audio and/or video tape(s).

The facts tending to establish the foregoing grounds for issuance of a Search Warrant are as follows:

Affiant, Mitchel W Bengston, is a full time salaried law enforcement officer who has been employed by the New Mexico State Police for a period of approximately sixteen years. Affiant has received specialized training in criminal investigations through the New Mexico Law Enforcement Academy, the New Mexico State Police Academy, the Institute of Police Technology and Management, Police Agency Training Counsel, Force Science, Airborne Law Enforcement Association, and the Association of Certified Fraud Examiners. Affiant has received training in the investigation of crimes including but not limited to false identity and sovereign citizen investigations. Affiant has received both classroom and on the job training concerning the investigation of the above offense(s). Affiant has conducted numerous criminal investigations that led to the arrest and conviction of persons in violation of New Mexico State Statutes. Affiant (I) shall herein after be referred to in the first person.

On February 2, 2017, I was assigned by Sergeant Smith, New Mexico State Police Criminal Investigations Section/Albuquerque, to assist Agent Jeremy Vaughan, New Mexico State Police Criminal Investigations Section/Albuquerque, in the investigation of four individuals who had entered the Valencia County Detention Center located in the Los Lunas area of Valencia County New Mexico.

I was provided a telephonic briefing of information by both Agent Vaughan and Deportation Officer Paul Bryant, Immigration and Customs Enforcement. The following is a synopsis of this information.

On February 2, 2017, the Valencia County Detention Center was contacted by telephone and advised that "Marshal's" were coming to that facility later in the day to pick up an inmate currently being housed there. Several documents were faxed to the detention center with this information.

Detention Center personnel contacted the United States Marshals Service and gave them this information. A plan was developed and implemented by placing Law Enforcement teams inside and outside of the facility as well as inside of the security surveillance booth.

Once teams were in place, they observed a black Ford Expedition sport utility vehicle bearing Texas registration plate DV6JBR pull into the parking area of the detention center. There appeared to be two male subjects and two female subjects inside of the vehicle. The two males exited the vehicle and entered the front office of the detention center. These two males were wearing what appeared to be firearms openly on their hip. The males made contact with a corrections officer and then went back to the black Ford passenger vehicle. The vehicle containing the four subjects then drove to the south sally port gate which was then opened and the vehicle drove in. A felony type stop was conducted on the occupants and they were removed one by one and taken into custody by Law Enforcement. The vehicle doors were opened to clear the vehicle and ensure no other subjects were located inside. No persons were located. What appeared to be luggage and bedrolls were observed inside. The vehicle was then secured in place pending the issuance of this search warrant.

During interviews of the subjects, they admitted to having three or more knives inside of the vehicle in addition to the two firearms observed by Law Enforcement. The subjects also admitted to possessing three cellular phones which were used to locate and map directions to the facility, call unknown individuals for information on how to get the inmate out of the facility, read and send documents to the facility in order to take the inmate out of the facility. They also sent and received text messages regarding the inmate. During the arrest of the passengers of the vehicle, the front seat passenger was recording this using a cellular phone.

Affiant is aware through training and experience that people involved in the commission of crime(s) often attempt to conceal, tamper with and/or dispose of evidence, including but not limited to the herein-described item(s), to be seized.

Affiant is aware through training and experience that before, during and/or after the commission crime(s) there is often transfer of evidence between suspect(s), victim(s), witness(es) and/or their environment. This evidence may not be visible to the naked eye. The evidence, if it exists, may assist in determining the identity of any person who may have been present at the time of the incident.

Therefore, in order to ensure that a complete and thorough investigation is conducted, investigators may be required to examine the entire, above-mentioned vehicle including, but not limited to, the examination of contents and natural voids. It may be necessary for investigators to remove and/or damage entire portions of the vehicle including but not limited to doors, windows, carpets, upholstery, clothing, mechanical equipment and/or other items.

Affiant knows a cellular telephone or mobile telephone is a handheld wireless device used primarily for voice communications through radio signals. These telephones send signals through networks of transmitter / receivers called "cells," enabling communication with other cellular telephones or traditional "land line" telephones. A cellular telephone usually includes a "call Log", which records the telephone number, date, and time of calls made to and from the phone.

In addition to enabling voice communications, cellular telephones now offer a broad range of capabilities. These capabilities include, but are not limited to: storing names and phone numbers in electronic "address books"; sending, receiving, and storing text messages and email; taking, sending, receiving and storing still photographs and moving video; storing and playing back audio files; storing dates, appointment, and other information on personal calendars; and accessing and downloading information from the Internet. Cellular telephones may also include global positioning system (GPS) technology for determining the location of the device.

Based on my knowledge, training, and experience, I know that in order to completely and accurately retrieve data maintained in (device's) hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the (device), related instructions in the form of manuals and notes, as well as the software utilized to operate such a device, be seized and subsequently processed by a qualified specialist in an alternate setting.

Analyzing electronic handheld devices for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. Such devices utilize a vast array of different operation systems, software, and set-ups. The variety of hardware and software available requires even experts to specialize in some systems and applications. Thus it is difficult to know prior to the search which expert possesses sufficient specialized skill to best analyze the system and its data. No matter which system is used, however, data analysis protocols are exacting scientific procedures,

designed to protect the integrity of the evidence and to recover even "hidden", erased, compressed, password-protected or encrypted files.  Since electronic evidence is extremely vulnerable to tampering or destruction (both from external sources or from destructive code imbedded in the system as a "booby trap", a controlled environment is essential to its complete and accurate analysis.  Furthermore, there are often no software tools designed for forensic searches of particular handheld devices.  Thus, searching for and retrieving data from a (device) can be even more complicated than searching a computer, even if the device has a much smaller memory capacity than a computer.  For the forgoing reasons, the (device) will be removed from the searched premises if the agent deems it necessary in order to conduct an efficient, complete, secure, and accurate search of the device.

Searching (the device) for the evidence described above may require a range of data analysis techniques.  In some cases, it is possible for agents to conduct carefully targeted searches that can locate evidence without requiring a time-consuming manual search through unrelated materials that may be commingled with criminal evidence.  For example, agents may be able to execute a "keyword" search that searches through the files stored in a computer for special words that are likely to appear only in the materials covered by that warrant.  Similarly, agents may be able to locate the material covered in the warrant by looking for particular directory or file names.  In other cases, however, such techniques may not yield the evidence described in the warrant.  Criminals can mislabel or hide files and directories; encode communications to avoid key words; attempt to delete files to evade detection; or take other steps designed to frustrate law enforcement searches for information.  These steps may require agents to conduct more extensive searches, such as scanning areas of the device's memory not allocated to listed files, or opening every file and scanning its contents briefly to determine whether it falls within the scope of the warrant.  In light of these difficulties, your affiant requests permission to use whatever data analysis techniques appear necessary to locate and retrieve the evidence described above.

Affiant is aware through training and experience that people who have apparent knowledge of the incident often make telephone calls to the scene and/or attempt to communicate with each other during the time that law enforcement personnel are executing the search warrant.  These people often utilize a variety of communications equipment, including, but not limited to pagers, smart phones, and/or cellular telephones to communicate before, during and after the incident.  Answering incoming telephone calls while at the scene and speaking with these people often provides law enforcement with information that is material and relevant to this investigation.  It is often necessary to answer communications devices including, but not limited to cellular telephones after seizing the devices, pursuant to the warrant.

Affiant is aware through training and experience that people who have apparent knowledge of the commission of crime(s) often like to photograph, and/or take videos during the commission of a crime, using cellular device(s) and/or any other digital hardware.

6

Documentation of the herein-described vehicle and/or items is important to the investigation. It is important to document the condition and/or location of items found at the scene and/or their context within the scene.

Affiant is also aware that suspect(s), victim(s) and/or witness(es) may document information relating to the crime(s) on paper, on computers and/or on other forms of media. They often make and/or receive telephone calls before, during and/or after the commission crime(s). Such information, if it exists, may be material and relevant to this investigation. This warrant shall include the viewing, listening to, copying, transcribing, transferring and/or recording of data on the herein-described item(s), to be seized.

Affiant is also aware that item which establish or tend to establish possession, use, residence, presence and/or occupancy of the herein-described premises and/or vehicle, to be searched, often demonstrate who had access to the vehicle. Such information may be material and relevant to this investigation.

Therefore, Affiant respectfully requests that the Court issue a Warrant commanding the search the above-described premises, vehicle, and/or person.


Subscribed and sworn to before me in
Valencia County, New Mexico on this
_____ day of 02/02/17 , 2017

_____                    _____
Judge, Notary or other officer                Mitchel W Bengston
authorized to administer oaths.                Agent, NM State Police

Approved as to legal sufficiency:

Leon Richter-Freund 02-02-17
Assistant District Attorney

Note: This affidavit shall be filed in the same file as the search warrant. If no criminal proceedings are filed, the affidavit and warrant shall be filed in a miscellaneous file.

STATE OF NEW MEXICO

COUNTY OF VALENCIA

IN THE DISTRICT COURT                    No._____

STATE OF NEW MEXICO

     Vs.

1. Black 1997 Ford Expedition sport utility vehicle bearing Texas registration plate
   DV6JBR and Vehicle Identification Number 1FMEU17L0VLB58372. This
   vehicle contains miscellaneous visible luggage and bedrolls.

# SEARCH WARRANT

THE STATE OF NEW MEXICO, TO ANY OFFICER AUTHORIZED TO EXECUTE
THIS WARRANT:

    Proof by Affidavit for Search Warrant having been submitted to me, I am satisfied
that the person named/described and/or property (evidence) described in the Affidavit are
located where alleged in the Affidavit, and I find that grounds exist for the issuance of the
Search Warrant. A copy of the Affidavit is attached and made a part of this Search
Warrant.

    **YOU ARE HEREBY COMMANDED TO SEARCH FORTHWITH** the
person and/or place described in the Affidavit, commencing between the hours of 6:00
a.m. and 10:00 p.m. and continuing thereafter until completed, for the person and/or
property (evidence) described in the Affidavit, serving this Warrant together with a copy
of the Affidavit, and making the search, and if the person and/or property (evidence) be
found there, to seize the person and/or property(evidence) and hold for safekeeping until
further Order of the Court.

    Executing Officer(s) are directed to prepare a written inventory of any person or
property or evidence seized. You are further directed to file the Return and written
inventory with the Clerk of this Court promptly after execution of this Search Warrant.

DATED THIS  02/02/17  DAY OF _____, 2017 at  8:36 pm _____. M.

_____
                       **JUDGE**

EXHIBIT W

# MOUNTAIN STATES
## WRECKER SERVICE, INC.
943 Highway 314 N.W.
Los Lunas, NM 87031
**(505) 865-6500**
Fax: (505) 865-9839

Fed. ID. *85-0430001
CRS ID# 02-276074-001

**Invoice No.**

39571

N.M.S.C.C.
Docket # 95772

Date 2 2 17

Reg. Owner _____ Phone _____

Address: _____

City, State, Zip Code _____

| YEAR 1997 | MAKE Ford | MODEL | BODY TYPE | COLOR Black |
|---|---|---|---|---|
| VIN# | | License # DLJBB | State TX | |

Reason for Towing Service _____    Pickup Authorized by NMSD

Towed From: 436 _____    Towed To: MS, NB

| Wrecker No.: | Wrecker Service | 1000 00 |
|---|---|---|
| Driver: | 2-25 Miles | 500 |
| MILEAGE | Over 25 Miles | |
| IN | Dead Head Mileage | |
| OUT | Removal of Drive Line | |
| Total | Removal of Bumper | Class D |
| TIME | Cage Brakes | Class D |
| Caged: | Dolly Service | |
| On Scene: | Fuel Surcharge | |
| | Winching: ST_____ ET_____ | |
| | Labor | |
| 161434 | Extra Equipment  Light Duty   Medium Duty   Heavy Duty | |
| | Storage. DI 3 DO 7 TD | 90.00 |
| Cash | 1st Mile Retow | |
| P.O.# | Waiting Time | |
| | Administrative Fee | 25.00 |
| Personal Items Released To: | Sub-Total | 220.00 |
| Vehicle Released To: | Tax | 18.29 |
| Hold for 3 days no storage | Grand Total | 238.29 |

2-8-10

Business Print Center • 505-864-3553

MOUNTAIN STS WRECKER S
943 HIGHWAY 314 NW
LOS LUNAS, NM 87031

02 07 2017              13:46:14

DEBIT CARD

DEBIT SALE

Card #              XXXXXXXXXXXX1850
SEQ #:                          1
Batch #:                       25
INVOICE                          3
Approval Code:            161434
Entry Method:              Swiped
Mode:                      Online

SALE AMOUNT           $238.29

(505)865-6500
THANK YOU FOR YOUR BUSINESS!

CUSTOMER COPY

PRIORITY MAIL ★

RITY
MAIL ★

TE OR DELIVERY SPECIFIED*
?S TRACKING™ INCLUDED*
URADE INCLUDED*
KUP AVAILABLE
mestic only

) INTERNATIONALLY,
MS DECLARATION
AY BE REQUIRED.

FROM: RANDALL TOWNSEND
c/o 600 S. BELL ST.
HAMILTON, TX  76531

TO:

U.S. FEDERAL DISTRICT COURT
333 LOMAS BLVD NW
ALBUQUERQUE, NM  87102





7015 0640 0006 4488 2515

U.S. POSTAGE PAID
HAMILTON, TX
76531
FEB 17, 17
AMOUNT

$19.60

R2305K13111604

CERTIFIED MAIL

RECEIVED
AT Albuquerque NM

FEB 2 3 2017

MATTHEW J. DYKMAN
CLERK

PRIORITY MAIL
POSTAGE REQUIRED