FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR - 6 2017

MATTHEW J. DYKMAN
CLERK

## In the De Jure United States District Court

## For the District of New Mexico

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | | |
| RANDALL TODD TOWNSEND | § | |
| CHRISTIE L. TOWNSEND | § | CASE # 17-CV-253KK/WPL |
| DYLAN STAMPER | § | |
| DIXIE PANKOTAI | § | |
| ANDREW WILLIAM PANKOTAI | § | |
| Claimants | § | |
| v. | § | |
| UNITED STATES, INC. | § | |
| DONALD JOHN TRUMP | § | |
| U.S. MARSHAL SERVICE | § | Writ of Release and Return |
| STATE OF NEW MEXICO | § | Of Private Property |
| COUNTY OF VALENCIA | § | |
| VALENCIA COUNTY DETENTION DEPT. | § | |
| US MARSHAL JOHN DOE 1 to 15 | § | |
| JIM GLISSON | § | |
| NEW MEXICO STATE POLICE | § | |
| JEREMY VAUGHAN | § | |
| CAROLYN LUCERO | § | |
| LOUIS BURKHARD | § | |
| 13TH JUDICIAL DISTRICT | § | |
| DANIEL MARTINEZ | § | |
| GARY HALL | § | |
| JOE CHAVEZ | § | |
| RON PEREZ | § | |
| NEXSTAR BROADCASTING, INC. | § | |

Actions for Trespass,          **Randall Todd Townsend et. al.**          Page 1 of 4
Actions for Trespass on the Case          v.
                                         **U.S. et. al.**

| | |
|---|---|
| JUSTIN COX | § |
| MOUNTAIN STATES SALVAGE | § |
| GEORGE P. EICHWALD | § |
| LOUIS P. MCDONALD | § |
| TINA R. GARCIA | § |
| JOHN W. SANCHEZ | § |
| MINDY SMITH | § |
| BEN SEGOTTA | § |
| MITCHEL W. BENGSTON | § |
| LEON RICHTER-FREUND | § |
| JOHN F (DOE) | § |
| Defendants | § |

## Writ of Release and Return of Private Property

1. Comes now the court on its own motion to consider the unlawful detention of Andrew William Pankotai in the Valencia County Detention Center.

2. Claimant Pankotai has been held unlawful detention since January 30th, 2017.

3. Claimant Pankotai was arrested prior to the defendants having a warrant in hand and said warrant produce by defendants was not signed in wet ink.

4. The warrant that was eventually shown to Claimant Pankotai is from Montour County, Pennsylvania according to the NCIC.

5. According to the Pennsylvania office of extradition, namely Dorothy Martin and an attorney in said office, Amy Yague Coffer, only the prosecuting attorney from one of the Pennsylvania counties prosecuting Claimant Pankotai may file an application for extradition.

Actions for Trespass,　　　　　**Randall Todd Townsend et. al.**　　　　　Page 2 of 4
Actions for Trespass on the Case　　　　　v.
　　　　　　　　　　　　　　　　　　**U.S. et. al.**

6. Additionally, the case in the inferior court has been dismiss against Claimant Dylan Stamper.

7. IT IS HEREBY THE ORDER OF THIS COURT that claimant Andrew William Pankotai be released from the Valencia County Detention Center immediately and all actions against claimants are to cease until such time as the issues before this court are settled.

8. IT IS FURTHER THE ORDER FO THIS COURT that all private property be returned to claimants named herein as it is only being held under the guise of evidence for a crime that does not exist.

9. IT IS ADDITIONALLY THE ORDER OF THIS COURT that all parties to the action are hereby invited to submit to this court just cause within 20 days why this order is invalid. However, the 20 day period provided for the submission of the evidence of just cause does not allow for the further detention of Claimant Pankotai.

Witness the hand and seal of the court this 1st Day of March, 2017

_____
Randall Todd Townsend
c/o 600 S. Bell St.
Hamilton, Texas [76531]

_____
Christie L. Townsend
c/o 600 S. Bell St.
Hamilton, Texas [76531]

_____
Michael R. Hamilton
Superior Court Chief Justice
for the united States of America (continental)

**Please serve defendants.**

Actions for Trespass,                **Randall Todd Townsend et. al.**                Page 3 of 4
Actions for Trespass on the Case                v.
                                     U.S. et. al.

| | | |
|---|---|---|
| **United States**<br>1600 Pennsylvania Ave,<br>Wahington, D.C. 20500 | **U.S. Marshal Service**<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 | **Jim Glisson**<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 |
| **Donald John Trump**<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | **County of Valencia**<br>444 Luna Ave.<br>Los Lunas, NM 87031 | **Jeremy Vaughan**<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 |
| **State of New Mexico**<br>7200 Montgomery Blvd. NE<br>Albuquerque, NM 87109 | **U.S. Marshal 1**<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 | **George P. Eichwald**<br>1835 NM-314<br>Los Lunas, NM 87031 |
| **Valencia County Detention Dept.**<br>436 Los Lentes Rd SE<br>Los Lunas, NM 87031 | **U.S. Marshal 2**<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 | **Louis P. McDonald**<br>1835 NM-314<br>Los Lunas, NM 87031 |
| **Daniel Martinez**<br>436 Los Lentes Rd SE<br>Los Lunas, NM 87031 | **Louis Burkhard**<br>436 Los Lentes Rd SE<br>Los Lunas, NM 87031 | **Mindy Smith**<br>490 Old Santa Fe Trail<br>Room 400<br>Santa Fe, New Mexico 87504 |
| **Gary Hall**<br>436 Los Lentes Rd SE<br>Los Lunas, NM 87031 | **Joe Chavez**<br>436 Los Lentes Rd SE<br>Los Lunas, NM 87031 | **John W. Sanchez**<br>1835 NM-314<br>Los Lunas, NM 87031 |
| **Ron Perez**<br>436 Los Lentes Rd SE<br>Los Lunas, NM 87031 | **Justin Cox**<br>1213 San Pedro Dr. NE<br>Albuquerque, NM 87110 | **New Mexico State Police**<br>2501 Carlisle Blvd. N.E.<br>Albuquerque, NM 87110 |
| **Nexstar Broadcasting, Inc.**<br>1213 San Pedro Dr. NE<br>Albuquerque, NM 87110 | **13th Judicial District**<br>1835 NM-314<br>Los Lunas, NM 87031 | **Tina R. Garcia**<br>1835 NM-314<br>Los Lunas, NM 87031 |
| **Mountain States Salvage**<br>943 Highway 314 N.W.<br>Los Lunas, NM 87031 | **Carolyn Lucero**<br>2501 Carlisle Blvd. N.E.<br>Albuquerque, NM 87110 | **Cindy M. Mercer**<br>1835 NM-314<br>Los Lunas, NM 87031 |
| **Ben Segotta**<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 | **Mitchel W. Bengston**<br>2501 Carlisle Blvd. N.E.<br>Albuquerque, NM 87110 | **Leon Richter-Freund**<br>1835 NM-314<br>Los Lunas, NM 87031 |
| **John F. Doe**<br>1835 NM-314<br>Los Lunas, NM 87031 | | |

Actions for Trespass,  Randall Todd Townsend et. al.  Page 4 of 4
Actions for Trespass on the Case  v.
U.S. et. al.