

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

17 APR 28 AM 11: 32

CLERK-ALBUQUERQUE

# In the De Jure District Court of the United States

## For the District of New Mexico

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| RANDALL TODD TOWNSEND § | |
| CHRISTIE L. TOWNSEND § | CASE # 17-CV-253KK/WPL |
| DYLAN STAMPER § | |
| DIXIE PANKOTAI § | |
| ANDREW WILLIAM PANKOTAI § | |
| Claimants § | Motion Granted to Disjoin |
| v. § | |
| UNITED STATES, INC. et. al. § | |
| Defendants § | |

### Motion to Disjoin Granted

1. COMES NOW THE COURT TO CONSIDER the motion by claimants USA, Townsend and Townsend to disjoin claimants Dixie Pankotai and Dylan Stamper.

2. IT IS THE ORDER OF THIS COURT THAT Claimants' motion is hereby granted.
Actions for Trespass,            **Randall Todd Townsend et. al.**            Page 1 of 2
Actions for Trespass on the Case                  v.
                                      **U.S. et. al.**

3. IT IS FURTHER THE ORDER OF THIS COURT THAT all documents submitted to this court subsequent to the filing of this order will exclude Dylan Stamper and Dixie Pankotai from all documents filed herein.

Witness the hand and seal of the court this 25th Day of April, 2017.

_____
Randall Todd Townsend
c/o 600 S. Bell St.
Hamilton, Texas [76531]

_____
Christie L. Townsend
c/o 600 S. Bell St.
Hamilton, Texas [76531]

Actions for Trespass,                 **Randall Todd Townsend et. al.**                 Page 2 of 2
Actions for Trespass on the Case                           v.
                                          **U.S. et. al.**





U.S. POSTAGE PAID
HAMILTON, TX
76531
APR 25, 17
AMOUNT
**$7.29**
R2305K131116-04

87102



1000

7015 0640 0006 4487 5074



CERTIFIED MAIL

RANDALL TOWNSEND
BSCO/ 600 S. BELL ST.
HAMILTON, TX 76531

U.S. FEDERAL DISTRICT COURT
333 LOMAS BLVD NW
ALBUQUERQUE, NM 87102

RECEIVED
At Albuquerque NM

APR 28 2017

MATTHEW J. DYKMAN
CLERK